# CIVIL STANDING ORDER
# MAGISTRATE JUDGE NATHANAEL M. COUSINS

### SCHEDULING

Civil motions are heard on Wednesdays at 1:00 p.m.

Civil case management conferences are held on Wednesdays at 10:00 a.m.

Civil pretrial conferences are held on Wednesdays at 2:00 p.m.

Parties are not required to reserve a hearing date but should confirm the Court's availability at http://www.cand.uscourts.gov.  For questions regarding scheduling, please contact courtroom deputy Lili Harrell at 415.522.2039 or Lili_Harrell@cand.uscourts.gov.

### CASES INITIALLY ASSIGNED TO JUDGE COUSINS

In civil cases initially assigned to this Court for all purposes, each party must file written consent to the jurisdiction of a magistrate judge or a written request for reassignment to a district judge as soon as possible but no later than the deadlines specified in Civil Local Rule 73-1(a).

### COURTESY COPIES

For motion-related filings only, the parties must lodge an extra paper copy and mark it as a copy for "NC Chambers."

### PROPOSED ORDERS

In all cases subject to e-filing, the parties must send via email all stipulations and proposed orders in WordPerfect format to ncpo@cand.uscourts.gov on the same day they e-file these documents.

### DISCOVERY

Discovery motions referred to this Court and noticed for a hearing by a district judge will follow the briefing schedule set by the district judge, but the hearing will be rescheduled in accordance with this Court's civil motion calendar.

For all other discovery disputes in cases that have been referred to this Court, the parties must meet and confer to attempt to resolve their dispute as described below.  If the parties are unable to reach a resolution through this process, they must file a joint statement of five pages or less that: (1) explains the nature and status of the dispute; (2) describes each unresolved issue; (3) summarizes each party's position with respect to each unresolved issue; and (4) states each party's proposed compromise with respect to each unresolved issue.  The parties must not attach any declarations, affidavits, or exhibits to the statement.  In the rare event that the parties are unable to file a joint statement, each party may file a statement of two pages or less.  The statement(s) must be filed in ECF under the Civil Events category of Motions and Related Filings > Motions: General > Discovery Letter Brief.  Upon review of the statement(s), the Court will advise the parties regarding the need, if any, for more briefing, a hearing, or a telephonic conference.

<u>MEET AND CONFER REQUIREMENT</u>

The parties must attempt to resolve their disputes informally by meeting and conferring in person. If counsel are located outside of the Bay Area, the parties must confer by telephone.  A mere exchange of letters, emails, telephone calls, or facsimile transmissions does not satisfy the requirement to meet and confer.

IT IS SO ORDERED.

August 24, 2012

                                                  Nathanael M. Cousins
                                                  U.S. Magistrate Judge