IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PUBLIC.RESOURCE.ORG

    Plaintiff,

v.

U.S. INTERNAL REVENUE SERVICE

    Defendant.
_____/

No. C 13-02789 NC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 3, 2013

/s/ Thomas R. Burke
Signature

Counsel for Plaintiff
(Name of party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com