THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

RONALD G. LONDON (Pro Hac Vice pending)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Email: ronnielondon@dwt.com

DAVID HALPERIN (Admitted Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434
Email: davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>　　　　　Defendant. | Case No. 13-cv-02789-WHO<br><br>**PROOF OF SERVICE** |

## Proof of Service

I, Natasha Majorko, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following document:

**CASE MANAGEMENT CONFERENCE ORDER**

I caused the above document to be served on each person on the attached list by the following means:

☒ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing **via Certified Mail/Return Receipt Requested** with the United States Post Office on **July 12, 2013**, following the ordinary business practice.
*(Indicated on the attached address list by an* [CM] *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an* [FD] *next to the address.)*

☐ I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an* [F] *next to the address.)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery on _____.
*(Indicated on the attached address list by an* [H] *next to the address.)*

☐ A true and correct copy of said document was emailed on _____.
*(Indicated on the attached address list by an* [E] *next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on **July 12, 2013**, at San Francisco, California.

_____ */s/ Natasha Majorko*
Natasha Majorko

Case No. 13-cv-02789 WHO
PROOF OF SERVICE
DWT 22282697v1 0200593-000001

## Service List

| Key: | [M] | Delivery by Mail | [FD] | Delivery by Federal Express | [H] | Delivery by Hand |
|---|---|---|---|---|---|---|
| | [F] | Delivery by Facsimile | [FM] | Delivery by Facsimile and Mail | | |
| | [E] | Delivery by Electronic Mail | **[CM]** | **Delivery by Certified Mail, Return Receipt Requested** | | |

**[CM]**   Commissioner of Internal Revenue
Attention: CC:PA
1111 Constitution Avenue, N.W.
Washington, D.C. 20224-0002

**[CM]**   Eric Holder
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**[CM]**   Melinda Haag
United States Attorney
Attn: Civil Process Clerk/Paralegal
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102

DAVIS WRIGHT TREMAINE LLP

Case No. 13-cv-02789 WHO
PROOF OF SERVICE
DWT 22282697v1 0200593-000001