IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PUBLIC.RESOURCE.ORG, )
)
               Plaintiff, )
)
v. ) Civil Action No. 3:13-cv-2789
)
UNITED STATES INTERNAL )
REVENUE SERVICE, )
)
               Defendant. )

**STIPULATION REGARDING EXTENSION OF TIME TO ANSWER**

Defendant, United States Internal Revenue Service, and Plaintiff, Public.Resource.Org, hereby stipulate and agree that the United States shall have until and including September 3, 2013, to answer or otherwise respond in this matter.

Dated: July 23, 2013.

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ Thomas R. Burke<br>THOMAS R. BURKE<br>(CA State Bar No. 141930)<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>Telephone: (415) 276-6500<br>Fax: (415) 276-6599 | MELINDA HAAG<br>United States Attorney<br><br>KATHRYN KENEALLY<br>Assistant Attorney General,<br>Tax Division<br><br>/s/ Christopher W. Sanders<br>YONATAN GELBLUM<br>CHRISTOPHER W. SANDERS<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>Post Office Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-1840<br>Fax: (202) 514-6866<br>Email: Christopher.W.Sanders@usdoj.gov |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing STIPULATION REGARDING EXTENSION OF TIME TO ANSWER has been made on July 23, 2013, via the Court's CM/ECF system to the following:

Counsel for Plaintiff
Thomas R. Burke
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA  94111


      /s/ Christopher W. Sanders
      CHRISTOPHER W. SANDERS

10252090.1