IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No.  3:13-cv-2789 |
| UNITED STATES INTERNAL REVENUE SERVICE, | ) ) ) ) |
| Defendant. | ) |

## ORDER GRANTING EXTENSION OF TIME TO ANSWER

This matter is before the Court on the parties' Stipulation Regarding Extension of Time to Answer, which extends the deadline for the United States to answer or otherwise respond to the complaint filed in this matter.  The Court adopts the parties' stipulation, and the United States shall have until and including September 3, 2013, to answer or otherwise respond to the complaint filed in this matter.

IT IS SO ORDERED.

Entered:  July 24, 2013

_____
UNITED STATES DISTRICT JUDGE

10275958.1