IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PUBLIC.RESOURCE.ORG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  3:13-cv-2789 |
| | ) | |
| UNITED STATES INTERNAL | ) | |
| REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING UNITED STATES INTERNAL REVENUE SERVICE'S MOTION TO DISMISS

This matter is before the Court on the United States Internal Revenue Service's

Motion to Dismiss.  Having reviewed the defendant's motion, any responses or replies

thereto, and the record as a whole, the Court finds the defendant's motion to be well-

taken, the same is hereby GRANTED, and it is ORDERED that this case is hereby

DISMISSED with prejudice.

IT IS SO ORDERED


Dated: _____          _____
                                     UNITED STATES DISTRICT JUDGE