THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

DAVID HALPERIN (Admitted Hac Vice
1530 P Street NW
Washington, DC 20005
Telephone:    (202) 905-3434
Email:        davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

MELINDA HAAG
United States Attorney
KATHRYN KENEALLY
Assistant Attorney General, Tax Division
YONATAN GELBLUM
CHRISTOPHER W. SANDERS
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Christopher.W.Sanders@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>           Plaintiff,<br><br>      v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>           Defendant. | Case No. 13-cv-02789 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND HEARING AND BRIEFING RE DEFENDANT'S MOTION TO DISMISS** |

The parties, through their respective counsel of record, submit the following stipulation and request that the Court issue an order as requested:

WHEREAS, on September 3, 2013, defendant United States Internal Revenue Service ("IRS") filed a Motion to Dismiss ("the Motion");

WHEREAS, the Motion is scheduled for hearing on October 9, 2013, but this date (and other Wednesdays in October) conflict with previously scheduled teaching commitments at the University of California, Berkeley for lead counsel for plaintiff;

WHEREAS, the Initial Case Management Conference in this matter is currently set for September 17, 2013, and counsel for the parties believe that the conference will be more productive if it is held after the Court has ruled on the IRS's Motion;

WHEREAS, in light of these scheduling conflicts, counsel for the parties have agreed to continue the motion hearing to October 23, 2013, and stipulated to a different briefing schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED THAT:

1. The October 9, 2013, hearing on defendant IRS's Motion to Dismiss is continued to October, 23, 2013, at 2:00 p.m. in Courtroom 2 of the above-captioned Court.
2. Opposition papers currently due on September 17, 2013, to be due on September 30, 2013.
3. Reply papers currently due on September 24, 2013, to be due on October 7, 2013.
4. The Initial Case Management Conference scheduled September 17, 2013, is vacated and will be rescheduled by the Court to a date after the Court has ruled on the IRS's Motion to Dismiss.

IT IS SO STIPULATED

DATED this 10th day of September, 2013.

| | |
|---|---|
| MELINDA HAAG<br>United States Attorney<br>KATHRYN KENEALLY<br>Assistant Attorney General, Tax Division<br>YONATAN GELBLUM<br>Trial Attorney, Tax Division<br>　　By: /s/ Yonatan Gelblum<br>　　　YONATAN GELBLUM<br>　　　Attorneys for Defendant United States<br>　　　Internal Revenue Service | DAVIS WRIGHT TREMAINE LLP<br><br>By: /s/ Thomas R. Burke<br>THOMAS R. BURKE<br>Attorneys for Plaintiff Public.Resource.Org |

DAVIS WRIGHT TREMAINE LLP

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Thomas R. Burke
Thomas R. Burke

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the foregoing is approved and IT IS SO ORDERED.

Date: _____    _____
United States District Court Judge

DAVIS WRIGHT TREMAINE LLP