Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC.RESOURCE.ORG<br><br>Plaintiff(s),<br><br>v.<br><br>U.S. INTERNAL REVENUE SERVICE<br><br>Defendant(s). | Case No: 3:13-CV-02789<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Ronald G. London, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Public.Resource.org in the above-entitled action. My local co-counsel in this case is Thomas R. Burke, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
Davis Wright Tremaine LLP
1919 Pennsylvania Ave. NW, Ste. 800
Washington, DC  20006-3401
MY TELEPHONE # OF RECORD:
(202) 973-4235
MY EMAIL ADDRESS OF RECORD:
ronnielondon@dwt.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
Davis Wright Tremaine LLP
505 Montgomery St., Ste. 800
San Francisco, CA  94111-6533
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 276-6500
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
thomasburke@dwt.dcom

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 456284.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/27/13

Ronald G. London
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ronald G. London is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 4, 2013

UNITED STATES DISTRICT/MAGISTRATE JUDGE

[Stamp: GRANTED — Judge William H. Orrick — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

PRO HAC VICE APPLICATION & ORDER

October 2012