MELINDA HAAG
United States Attorney
KATHRYN KENEALLY
Assistant Attorney General, Tax Division
YONATAN GELBLUM
CHRISTOPHER W. SANDERS
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-3135/Fax: (202) 514-6866
Email: Yonatan.Gelblum@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

DAVID HALPERIN (Admitted Hac Vice
1530 P Street NW
Washington, DC  20005
Telephone:    (202) 905-3434
Email:        davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 13-cv-02789 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING REPLY BRIEF DEADLINE ON DEFENDANT'S MOTION TO DISMISS** |

The parties, through their respective counsel of record, submit the following stipulation and request that the Court issue an order as requested:

1

WHEREAS, on September 3, 2013, defendant United States Internal Revenue Service ("IRS") filed a Motion to Dismiss ("the Motion");

WHEREAS, on September 11, 2013, the Court approved a stipulation extending Plaintiff's time to respond to September 30, 2013, and Defendant's time to reply to October 7, 2013.

WHEREAS, Plaintiff filed its opposition on September 30, 2013;

WHEREAS, at the end of the same day, the appropriations act that had been funding the Department of Justice expired, and appropriations to the Department, as well as to the Internal Revenue Service, elapsed, and given the complexity of the issues in this case, the Department will need more time, even once funding is restored, to work with the Internal Revenue Service on a reply to Plaintiff's opposition;

WHEREAS, absent an appropriation, Department of Justice attorneys and employees of the Internal Revenue Service are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342;

WHEREAS, once funding is restored, the Department and the Internal Revenue Service hope to file a reply within six business days.

WHERE, in light of the above, counsel for the parties have agreed to postpone Defendant's time to reply until six business day after funding is restored, and will coordinate with the Court and each other should the delay necessitate postponement of the motion hearing currently scheduled for October 23, 2013;

NOW THEREFORE, IT IS HEREBY STIPULATED THAT:

The reply currently due on October 7, 2013, may be filed within six business days after the Department and the Internal Revenue Service are funded.

IT IS SO STIPULATED

DATED this 4th day of October, 2013.

| | |
|---|---|
| MELINDA HAAG<br>United States Attorney<br>KATHRYN KENEALLY<br>Assistant Attorney General, Tax Division<br>YONATAN GELBLUM<br>Trial Attorney, Tax Division<br>By: /s/ Yonatan Gelblum<br>YONATAN GELBLUM<br>Attorneys for Defendant United States<br>Internal Revenue Service | DAVIS WRIGHT TREMAINE LLP<br><br>By: /s/ Thomas R. Burke<br>THOMAS R. BURKE<br>Attorneys for Plaintiff Public.Resource.Org |

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Yonatan Gelblum, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

_____
Yonatan Gelblum

## **[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the foregoing is approved and IT IS SO ORDERED.

Date: _____     _____
United States District Court Judge