AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization | ) |
| *Plaintiff* | ) |
| v. | ) |
| UNITED STATES INTERNAL REVENUE SERVICE | ) |
| *Defendant* | ) |

Civil Action No. **CV.13 2789**

## SUMMONS IN A CIVIL ACTION

**NC**

To: *(Defendant's name and address)*
Commissioner of Internal Revenue
Attention: CC:PA
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas R. Burke (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800, San Francisco, California 94111
Telephone: (415) 276-6500 Facsimile: (415) 276-6599 Email: thomasburke@dwt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **JUN 18 2013**

HELEN ALMACEN
*Signature of Clerk or Deputy Clerk*

**DAVIS WRIGHT TREMAINE LLP**

## Proof of Service

I, Natasha Majorko, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made.  I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action.  I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

I caused to be served the following documents:

1.   **Civil Cover Sheet**
2.   **Summons**
3.   **Plaintiff Public.Resource.Org's Complaint for Declaratory and Injunctive Relief for violations of the Administrative Procedure and Freedom of Information Acts;**
4.   **United States District Court Northern District of California ECF Registration Information Handout**
5.   **Order Setting Initial Case Management Conference and ADR Deadlines**
6.   **Welcome to the U.S. District Court**
7.   **Notice of Assignment of Case to a United States Magistrate Judge for Trial with [Blank] Consent or Declination to Proceed Before a U.S. Magistrate Judge**
8.   **Civil Standing Order for Magistrate Judge Nathanael M. Cousins**
9.   **Standing Order for All Judges of the Northern District of California; Contents of Joint Case Management Statement**

I caused the above documents to be served on each person on the attached list by the following means:

☒   I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing **via Certified Mail/Return Receipt Requested** with the United States Post Office on **June 20, 2013**, following the ordinary business practice.
*(Indicated on the attached address list by an* [CM] *next to the address.)*

☐   I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on _____, for guaranteed delivery on _____, following the ordinary business practice.
*(Indicated on the attached address list by an* [FD] *next to the address.)*

☐   I consigned a true and correct copy of said document for facsimile transmission on _____.
*(Indicated on the attached address list by an* [F] *next to the address.)*

☐   I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery on _____.
*(Indicated on the attached address list by an* [H] *next to the address.)*

☐   A true and correct copy of said document was emailed on _____.
*(Indicated on the attached address list by an* [E] *next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be

Case No. 13-cv-02789 WHO
PROOF OF SERVICE
DWT 22164526v1 0200593-000001

1  deposited for collection in the above-described manner this same day in the ordinary course of business.

2      Executed on **June 20, 2013**, at San Francisco, California.

3                                    _/s/ Natasha Majorko_____

4                                    Natasha Majorko

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

Case No. 13-cv-02789 WHO
PROOF OF SERVICE
DWT 22164526v1 0200593-000001

1

# Service List

2

| Key: | **[M]** | **Delivery by Mail** | [FD] | Delivery by Federal Express | [H] | Delivery by Hand |
|------|---------|----------------------|------|------------------------------|-----|------------------|
| | [F] | Delivery by Facsimile | [FM] | Delivery by Facsimile and Mail | | |
| | **[E]** | Delivery by Electronic Mail | [CM] | Delivery by Certified Mail, Return Receipt Requested | | |

3

4

5     **[CM]**     Commissioner of Internal Revenue
              Attention: CC:PA
6             1111 Constitution Avenue, N.W.
              Washington, D.C. 20224
7

8     **[CM]**     Eric Holder
              Office of the Attorney General
9             U.S. Department of Justice
              950 Pennsylvania Avenue, NW
10            Washington, DC 20530-0001

11

12    **[CM]**     Melinda Haag
              United States Attorney
13            Attn: Civil Process Clerk/Paralegal
              450 Golden Gate Avenue, 9th Floor
14            San Francisco, CA 94102

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

Case No. 13-cv-02789 WHO
PROOF OF SERVICE
DWT 22164526v1 0200593-000001



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Melinda Haag
US Attorney
Attn: Civil Process Clerk
450 Golden Gate Av.
9th Floor
SAN FRANCISCO CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
6·21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7012 3460 0000 2244 8197

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric Holder
Office of Attorney General
U.S. Dept. of Justice
950 Pennsylvania Av. NW
Washington DC 20530-0[?]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

JUN 24 2013

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7012 3460 0000 2244 8203

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540