KATHRYN KENEALLY
ASSISTANT ATTORNEY GENERAL

YONATAN GELBLUM (Cal. State Bar. No. 254297)
CHRISTOPHER W. SANDERS
U.S. DEPARTMENT OF JUSTICE
TAX DIVISION
P.O. Box 227
Washington, DC 20044
(202) 305-3136 (phone)
(202) 514-6866 (facsimile)
Yonatan.gelblum@usdoj.gov

*Counsel for Defendant Internal Revenue Service*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ) <br> INTERNAL REVENUE SERVICE, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:13-cv-02789-WHO <br><br> **CERTIFICATE OF SERVICE** <br><br> Hearing Renoticed for December 18, 2013 <br> At 2:00 p.m. before Judge Orrick in <br> Courtroom 2, 17th Floor |

    I certify that I served a true and correct copy of the foregoing reply upon Plaintiff's counsel via the Court's Electronic Case Filing System this 25th day of October, 2013.

/ /

/ /

/ /

/ /

Certificate of Service, Case No. 3:13-cv-2789    1

DATED: October 25, 2013

                        Respectfully Submitted,

                        KATHRYN KENEALLY
                        ASSISTANT ATTORNEY GENERAL

                        <u>/s/ Yonatan Gelblum</u>
                        YONATAN GELBLUM
                        CHRISTOPHER W. SANDERS
                        U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
                        P.O. Box 227
                        Washington, DC 20044
                        (202) 305-3136 (phone)
                        (202) 514-6866 (facsimile)
                        Yonatan.gelblum@usdoj.gov