KATHRYN KENEALLY
ASSISTANT ATTORNEY GENERAL

YONATAN GELBLUM (Cal. State Bar. No. 254297)
CHRISTOPHER W. SANDERS
U.S. DEPARTMENT OF JUSTICE
TAX DIVISION
P.O. Box 227
Washington, DC 20044
(202) 305-3136 (phone)
(202) 514-6866 (facsimile)
Yonatan.gelblum@usdoj.gov

*Counsel for Defendant Internal Revenue Service*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES INTERNAL REVENUE SERVICE, <br><br> Defendant. | Case No. 3:13-cv-02789-WHO <br><br> **NOTICE OF NEW HEARING DATE** <br><br> Hearing Renoticed for December 18, 2013 At 2:00 p.m. before Judge Orrick in Courtroom 2, 17th Floor |

In accordance with the Court's order of October 15, 2013, and after consultation with Plaintiff's counsel and the Court's Calendar Clerk, Notice is hereby given that the United States Internal Revenue Service's Motion to Dismiss is scheduled for hearing on December 18, 2013, at 2:00 pm before the Honorable William H. Orrick in Courtroom 2, 17th Floor, of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

1 | DATED: October 25, 2013

2 |         Respectfully Submitted,

3 |         KATHRYN KENEALLY
        ASSISTANT ATTORNEY GENERAL

4 |

5 |         <u>/s/ Yonatan Gelblum</u>
        YONATAN GELBLUM
        CHRISTOPHER W. SANDERS

6 |         U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
        P.O. Box 227

7 |         Washington, DC 20044
        (202) 305-3136 (phone)

8 |         (202) 514-6866 (facsimile)
        Yonatan.gelblum@usdoj.gov