KATHRYN KENEALLY
ASSISTANT ATTORNEY GENERAL

YONATAN GELBLUM (Cal. State Bar. No. 254297)
CHRISTOPHER W. SANDERS
U.S. DEPARTMENT OF JUSTICE
TAX DIVISION
P.O. Box 227
Washington, DC 20044
(202) 305-3136 (phone)
(202) 514-6866 (facsimile)
Yonatan.gelblum@usdoj.gov

*Counsel for Defendant Internal Revenue Service*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, ) | Case No. 3:13-cv-02789-WHO |
| ) Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) v. ) | Hearing Renoticed for December 18, 2013 |
| UNITED STATES ) INTERNAL REVENUE SERVICE, ) | At 2:00 p.m. before Judge Orrick in Courtroom 2, 17th Floor |
| ) Defendant. ) | |

I certify that I served a true and correct copy of the foregoing notice upon Plaintiff's counsel via the Court's Electronic Case Filing System this 25th day of October, 2013.

/ /

/ /

/ /

/ /

Certificate of Service, Case No. 3:13-cv-2789    1

1 | DATED: October 25, 2013

2 |         Respectfully Submitted,

3 |         KATHRYN KENEALLY
        ASSISTANT ATTORNEY GENERAL

/s/ Yonatan Gelblum
YONATAN GELBLUM
CHRISTOPHER W. SANDERS
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
P.O. Box 227
Washington, DC 20044
(202) 305-3136 (phone)
(202) 514-6866 (facsimile)
Yonatan.gelblum@usdoj.gov