**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| Public.Resource.org, | 13-02789 WHO |
|---|---|
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| United States Internal Revenue Service, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
13-02789 WHO         -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 30, 2013

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
13-02789 WHO                              -2-

**PROOF OF SERVICE**

Case Name:  Public.Resource.org v. United States Internal Revenue Service

Case Number:       13-02789 WHO

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On October 30, 2013, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Thomas R. Burke
>Davis Wright Tremaine LLP
>505 Montgomery Street, Suite 800
>San Francisco, CA 94111-6533
>thomasburke@dwt.com
>
>David E Halperin
>c/o CSRL 1530 P Street NW
>Washington, DC 20005
>davidhalperindc@gmail.com
>
>Ronald G. London
>Davis Wright Tremaine LLP
>1919 Pennsylvania Avenue, NW
>Suite 800
>Washington, DC 20006-3401
>ronnielondon@dwt.com
>
>Christopher Sanders
>United States Department of Justice
>P.O. Box 227
>Tax Division
>Washington, DC 20044

     christopher.w.sanders@usdoj.gov

     Yonatan Gelblum
     U.S. Department of Justice
     PO Box 227
     Tax Division
     Washington, DC 20044
     yonatan.gelblum@usdoj.gov

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 30, 2013 in San Francisco, California.

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Timothy J. Smagacz

                                      _____
                                      ADR Program Administrator
                                      415-522-4205
                                      Tim_Smagacz@cand.uscourts.gov