UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PUBLIC.RESOURCE.ORG

CASE NO. 13 cv 02789 WHO

Plaintiff(s),

v.

UNITED STATES INTERNAL REVENUE SERVICE

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☑ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 19, 2013

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Thomas R. Burke | Plaintiff | (415) 276-6552 | thomasburke@dwt.com |
| Yonatan Gelblum | Defendant | (202) 305-3136 | yonatan.gelblum@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/12/2013

/s/ Thomas R. Burke
Attorney for Plaintiff

Dated: 11/12/2013

/s/ Yonatan Gelblum
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

*/s/ Thomas R. Burke*
Thomas R. Burke
Attorney for Plaintiff

Case No. 13 cv 02789 WHO