THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

DAVID HALPERIN (Admitted Hac Vice
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434
Email: davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

MELINDA HAAG
United States Attorney
KATHRYN KENEALLY
Assistant Attorney General, Tax Division
YONATAN GELBLUM
CHRISTOPHER W. SANDERS
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Christopher.W.Sanders@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>   Defendant. | Case No. 13-cv-02789 WHO<br><br>**STIPULATION AND ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |

The parties, through their respective counsel of record, submit the following stipulation and request that the Court issue an order as requested:

WHEREAS, on September 3, 2013, defendant United States Internal Revenue Service ("IRS") filed a Motion to Dismiss ("the Motion");

WHEREAS, the Motion is scheduled for hearing on December 18, 2013;

WHEREAS, the Initial Case Management Conference in this matter is currently set for November 19, 2013, and counsel for the parties believe it would be more efficient to combine the two hearings;

NOW THEREFORE, IT IS HEREBY STIPULATED THAT:

    The Initial Case Management Conference scheduled November 19, 2013, will be held on December 18, 2013, at the same time as the hearing on the IRS' motion to dismiss.

IT IS SO STIPULATED

DATED this 14th day of November, 2013.

| | |
|---|---|
| MELINDA HAAG<br>United States Attorney<br>KATHRYN KENEALLY<br>Assistant Attorney General, Tax Division<br>YONATAN GELBLUM<br>Trial Attorney, Tax Division<br>    By: /s/ Yonatan Gelblum<br>    YONATAN GELBLUM<br>Attorneys for Defendant United States<br>Internal Revenue Service | DAVIS WRIGHT TREMAINE LLP<br><br>By: /s/ Thomas R. Burke<br>THOMAS R. BURKE<br>Attorneys for Plaintiff Public.Resource.Org |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

    /s/ Thomas R. Burke
    Thomas R. Burke

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the foregoing is approved and IT IS SO ORDERED.

Date: November 14, 2013   _____
United States District Court Judge