THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       thomasburke@dwt.com

DAVID HALPERIN (Admitted Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone:   (202) 905-3434
Email:       davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

MELINDA HAAG
United States Attorney
KATHRYN KENEALLY
Assistant Attorney General, Tax Division
YONATAN GELBLUM
CHRISTOPHER W. SANDERS
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-3136/Fax: (202) 514-6866
Email: Yonatan.Gelblum@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>         Plaintiff,<br><br>   v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>         Defendant. | Case No. 13-cv-02789 WHO<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |

The parties, through their respective counsel of record, submit the following stipulation and request that the Court issue an order as requested:

1

1    WHEREAS, on September 3, 2013, defendant United States Internal Revenue Service
2  ("IRS") filed a Motion to Dismiss ("the Motion");
3    WHEREAS, the Motion is scheduled for hearing on December 18, 2013;
4    WHEREAS, the Initial Case Management Conference in this matter is also scheduled for
5  December 18, 2013;
6    WHEREAS, on November 15, 2013, the parties participated in an ADR Phone Conference
7  with the Court's ADR Program Director pursuant to Civil Local Rule 16-8 and ADR Local Rule
8  3-5, and the parties agreed to participate in an ADR mediation session with a Court-appointed
9  mediator on or before February 11, 2014;
10   WHEREAS, the parties believe that the mediation session may help resolve their dispute,
11 and therefore it would be more efficient for the Court and the parties to continue the hearing on the
12 IRS' Motion and the Initial Case Management Conference until after the mediation session;
13   NOW THEREFORE, IT IS HEREBY STIPULATED THAT:
14   The hearing on the Motion to Dismiss and the Initial Case Management Conference
15 scheduled for December 18, 2013, are vacated and will be rescheduled by the Court to a date after
16 the parties participate in an ADR mediation session, which session shall take place on or before
17 February 11, 2013.
18   IT IS SO STIPULATED.
19 DATED this 27th day of November, 2013.

| | |
|---|---|
| MELINDA HAAG | DAVIS WRIGHT TREMAINE LLP |
| United States Attorney | By: /s/ Thomas R. Burke |
| KATHRYN KENEALLY | THOMAS R. BURKE |
| Assistant Attorney General, Tax Division | Attorneys for Plaintiff Public.Resource.Org |
| YONATAN GELBLUM | |
| Trial Attorney, Tax Division | |
|    By: /s/ Yonatan Gelblum | |
|    YONATAN GELBLUM | |
|    CHRISTOPHER W. SANDERS | |
|    Attorneys for Defendant United States | |
|    Internal Revenue Service | |

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Thomas R. Burke
Thomas R. Burke

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the foregoing is approved and IT IS SO ORDERED **as modified below**:

The parties shall re-calendar the Motion To Dismiss and Case Management Conference for hearing no later than March 19, 2014 on a Wednesday law and motion calendar if the mediation does not result in settlement, or shall notify the Court immediately if settlement is reached.

Date: December 2, 2013



United States District Court Judge

STIPULATION AND ORDER RESCHEDULING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
Case No. 13-cv-02789-WHO
DWT 22984707v1 0200593-000001