United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| 10 Public.Resource.org, | 13-02789 WHO MED |
| 11 Plaintiff(s), | **Notice of Appointment of Mediator** |
| 12 v. | |
| 13 United States Internal Revenue Service, | |
| 14 Defendant(s). | |

15 TO COUNSEL OF RECORD:

16      The court notifies the parties and counsel that the Mediator assigned to this case

17 is:

18                    Stephen Liacouras
                     Ninth Circuit Mediation Office
19                    95 Seventh Street
                     San Francisco, CA 94103
20                    415-355-7915
                     stephen_liacouras@ca9.uscourts.gov
21

22      Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

23 governs the Mediation program.  The mediator will schedule a joint phone conference

   with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
24
   the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
25
   The court permits the mediator to charge each party its pro rata share of the cost of the
26
   phone conference.
27

28

1     Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: December 18, 2013

5                                            RICHARD W. WIEKING
                                            Clerk

6                                          by:    Claudia M. Forehand

7

8                                               /s/
                                          ADR Case Administrator

9                                          415-522-2059
                                          Claudia_Forehand@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
13-02789 WHO MED               - 2 -