# UNITED STATES DISTRICT COURT

Northern District of California

Public.Resource.org,

    Plaintiff(s),

v.

United States Internal Revenue Service,

    Defendant(s).

No. C 13-02789 WHO MED

Certification of ADR Session

**Instructions:** *The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make ANY additional comments on this page - simply fill in the blanks and check the appropriate boxes.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 1/24/14. A further telephonic mediation was held on 2/10/14.

2. Did the case settle?
   - ☐ Yes, fully.
   - ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)
   - ☐ Yes, partially, and further facilitated discussions are *not* expected.
   - ☒ No, and further facilitated discussions are expected. (see no. 3, below)
   - ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? Further telephonic mediation scheduled for 3/5/14 @ 11 am

4. IS THIS ADR PROCESS COMPLETE? ☐ YES ☒ NO

Dated: 2/10/14

    _____
    **Mediator,** Stephen Liacouras
    Ninth Circuit Mediation Office
    95 Seventh Street
    San Francisco, CA 94103