# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Public.Resource.org,<br><br>    Plaintiff(s),<br><br>v.<br><br>United States Internal Revenue Service,<br><br>    Defendant(s). | No. C 13-02789 WHO MED<br><br>**Certification of ADR Session** |

_**Instructions**_: *The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make **ANY** additional comments on this page - simply fill in the blanks and check the appropriate boxes.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _3/5/14_    further telephonic

2. Did the case settle?

   ☐ Yes, fully.

   ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

   ☐ Yes, partially, and further facilitated discussions are *not* expected.

   ☒ No, and further facilitated discussions are expected. (see no. 3, below)

   ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? _further telephonic mediation on April 1, 2014 @ 11:30am._

4. IS THIS ADR PROCESS COMPLETE?    ☐ YES    ☒ NO

Dated: _March 5, 2014_    _____
**Mediator**, Stephen Liacouras
Ninth Circuit Mediation Office
95 Seventh Street
San Francisco, CA 94103