THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

DAVID HALPERIN (Admitted Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone:    (202) 905-3434
Email:        davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

MELINDA HAAG
United States Attorney
KATHRYN KENEALLY
Assistant Attorney General, Tax Division
YONATAN GELBLUM (CA State Bar No. 254297)
CHRISTOPHER W. SANDERS
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Christopher.W.Sanders@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>         Defendant. | Case No. 13-cv-02789 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |

DAVIS WRIGHT TREMAINE LLP

1
STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
Case No. 13-cv-02789-WHO

11235164.1
DWT 23743517v1 0200593-000001

The parties, through their respective counsel of record, submit the following stipulation and request that the Court issue an order as requested:

WHEREAS, on September 3, 2013, defendant United States Internal Revenue Service ("IRS") filed a Motion to Dismiss ("the Motion");

WHEREAS, on November 14, 2013, the Court set a date of December 18, 2013, for the hearing on the Motion and the Initial Case Management Conference ("CMC");

WHEREAS, on November 15, 2013, the parties participated in an ADR Phone Conference with the Court's ADR Program Director pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, and the parties agreed to participate in an ADR mediation session with a Court-appointed mediator on or before February 11, 2014;

WHEREAS, on December 2, 2013, pursuant to the parties' stipulation, the Court continued the hearing on the Motion and the CMC, and directed the parties to re-calendar the Motion and CMC for hearing no later than March 19, 2014;

WHEREAS, the parties participated in an in-person mediation session with the Court-appointed mediator on January 24, 2014, and two follow-up telephonic mediation sessions on February 10, 2014, and March 5, 2014;

WHEREAS, the parties and the mediator have scheduled a further telephonic mediation session for April 1, 2014;

WHEREAS, the parties have made considerable progress toward resolving their dispute, but require additional time to reach a formal agreement, and therefore believe that it would be more efficient for the Court and the parties to continue the hearing on the IRS' Motion and the CMC for an additional 90 days, subject to future extensions;

///

///

///

2
STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
Case No. 13-cv-02789-WHO

11235164.1
DWT 23743517v1 0200593-000001

NOW THEREFORE, IT IS HEREBY STIPULATED THAT:

1. The Hearing on the Motion to Dismiss and the Initial Case Management Conference are continued until June 18, 2014, if the parties do not reach a settlement or the parties seek a further extension.

2. The parties will notify the Court immediately if settlement is reached.

IT IS SO STIPULATED.

DATED this 17th day of March, 2014.

| | |
|---|---|
| MELINDA HAAG<br>United States Attorney<br>KATHRYN KENEALLY<br>Assistant Attorney General, Tax Division<br>YONATAN GELBLUM<br>Trial Attorney, Tax Division<br>　　By: /s/ Yonatan Gelblum<br>　　YONATAN GELBLUM<br>Attorneys for Defendant United States<br>Internal Revenue Service | DAVIS WRIGHT TREMAINE LLP<br><br>By: /s/ Thomas R. Burke<br>THOMAS R. BURKE<br>Attorneys for Plaintiff Public.Resource.Org |

### **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Thomas R. Burke
Thomas R. Burke

### **[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the foregoing is approved and IT IS SO ORDERED.

Date: _____    _____
　　　　　　　　　　　　　　　　　　United States District Court Judge

3
STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
Case No. 13-cv-02789-WHO

11235164.1
DWT 23743517v1 0200593-000001