THOMAS R. BURKE (CA State Bar No. 141930)
RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Phone: (415) 276-6500/Fax: (415) 276-6599
Email:      thomasburke@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Phone: (213) 633-6800/Fax: (213) 633-6899
Email:      danlaidman@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone:    (202) 905-3434
Email:        davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>             Defendant. | Case No. 13-cv-02789 WHO<br><br>**PLAINTIFF PUBLIC.RESOURCE.ORG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[N.D. Cal. Civil L.R. 3-15] |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED this 11th day of June, 2014.        DAVIS WRIGHT TREMAINE LLP

                                          By: /s/ Thomas R. Burke
                                          THOMAS R. BURKE
                                          Attorneys for Plaintiff Public.Resource.Org