THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       thomasburke@dwt.com

RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Telephone:   (202) 973-4200
Email:       ronnielondon@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone:   (202) 905-3434
Email:       davidhalperindc@gmail.com

DAN LAIDMAN (State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone:   (213) 633-6800
Facsimile:   (213) 633-6899
Email:       danlaidman@dwt.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>          Defendant. | Case No. 3:13-CV-02789-WHO<br><br>**NOTICE OF APPEARANCE OF DAN LAIDMAN AS CO-COUNSEL FOR PLAINTIFF PUBLIC.RESOURCE.ORG** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that DAN LAIDMAN hereby appears in the above-entitled action as co-counsel for Plaintiff PUBLIC.RESOURCE.ORG and requests that all further papers, pleadings, filings, and electronic filings, except original process, be served upon this attorney at the address and email address above stated.

DATED this 11th day of June, 2014.

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP

    By: /s/ Dan Laidman
        DAN LAIDMAN
        Attorneys for Plaintiff Public.Resource.Org