UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** June 18, 2014 | **Time:** 20 minutes<br>1:58 p.m. to 2:18 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 13-cv-02789-WHO | **Case Name:** Public.Resource.org v. United States Internal Revenue Service | |

**Attorney for Plaintiff:** Thomas Burke
**Attorney for Defendant:** Yonathan Gelblum

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

**PROCEEDINGS**

Parties heard as to Motion to Dismiss. Motion taken under submission; written order to follow. Parties discuss case management issues. It is anticipated that the case will be resolved upon cross summary judgments without the necessity of trial. The parties and Court discuss whether discovery prior to the resolution of the motions makes sense. The parties are directed to meet and confer regarding the briefing schedule for the motions and to submit a proposed schedule within ten (10) days.