THOMAS R. BURKE (CA State Bar No. 141930)
RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Phone: (415) 276-6500/Fax: (415) 276-6599
Email:       thomasburke@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
Phone: (213) 633-6800/Fax: (213) 633-6899
Email:       danlaidman@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC  20005
Telephone:    (202) 905-3434
Email:        davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

MELINDA HAAG
United States Attorney
KATHRYN KENEALLY
Assistant Attorney General, Tax Division
YONATAN GELBLUM (CA State Bar No. 254297)
CHRISTOPHER W. SANDERS
Trial Attorneys, Tax Division, U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Christopher.W.Sanders@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>            Defendant. | Case No. 13-cv-02789 WHO<br><br>**PROPOSED BRIEFING SCHEDULE** |

DAVIS WRIGHT TREMAINE LLP

1

Plaintiff Public.Resource.Org, Inc. and Defendant United States Internal Revenue Service respectfully submit the following proposed briefing schedules.  Because the Court has reserved judgment on whether to permit discovery until the parties provide a joint letter on the issue after the filing of Defendant's opening brief, two alternate schedules are proposed.

**If the Court does not permit discovery:**

Motion for Summary Judgment by Defendant shall be due **August 6, 2014**;

Opposition and any Cross-Motion by Plaintiff shall be due **September 22, 2014**;

Reply and Opposition by Defendant, if applicable, shall be due **October 22, 2014**;

Reply by Plaintiff, if applicable, shall be due **November 21, 2014**.

**If the Court permits discovery:**

Motion for Summary Judgment by Defendant shall be due **August 6, 2014**;

Opposition and any Cross-Motion by Plaintiff shall be due **October 10, 2014**;

Reply and Opposition by Defendant, if applicable, shall be due **December 10, 2014**;

Reply by Plaintiff, if applicable, shall be due **January 12, 2015**

DATED this 2nd day of July, 2014.

MELINDA HAAG
United States Attorney
KATHRYN KENEALLY
Assistant Attorney General, Tax Division
YONATAN GELBLUM
Trial Attorney, Tax Division

By: /s/ Yonatan Gelblum
YONATAN GELBLUM
Attorneys for Defendant United States Internal Revenue Service

DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke
THOMAS R. BURKE
Attorneys for Plaintiff Public.Resource.Org

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Thomas R. Burke
Thomas R. Burke