THOMAS R. BURKE (CA State Bar No. 141930)
RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Phone: (415) 276-6500/Fax: (415) 276-6599
Email:         thomasburke@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
Phone: (213) 633-6800/Fax: (213) 633-6899
Email:         danlaidman@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC  20005
Telephone:    (202) 905-3434
Email:         davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

MELINDA HAAG
United States Attorney
TAMARA W. ASHFORD
Acting Assistant Attorney General, Tax Division
YONATAN GELBLUM (CA State Bar No. 254297)
CHRISTOPHER W. SANDERS
Trial Attorneys, Tax Division, U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Christopher.W.Sanders@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>Defendant. | Case No. 13-cv-02789 WHO<br><br>**AMENDED PROPOSED BRIEFING SCHEDULE** |

1

JOINT CASE MANAGEMENT STATEMENT
Case No. 13-cv-02789-WHO

11235164.1
DWT 24255037v1 0200593-000001
11535802.1
DWT 24265173v1 0200593-000001
11691848.1

Due to unexpected family medical leave by a DOJ reviewer assigned to this case, Plaintiff Public.Resource.Org, Inc. and Defendant United States Internal Revenue Service respectfully submit the following revised proposed briefing schedules.  Because the Court has reserved judgment on whether to permit discovery until the parties provide a joint letter on the issue after the filing of Defendant's opening brief, two alternate schedules are proposed.

| If the Court does not permit discovery: | If the Court permits discovery: |
| --- | --- |
| Motion for Summary Judgment by Defendant shall be due **August 13, 2014**; | Motion for Summary Judgment by Defendant shall be due **August 13, 2014**; |
| Opposition and any Cross-Motion by Plaintiff shall be due **September 29, 2014**; | Opposition and any Cross-Motion by Plaintiff shall be due **October 17, 2014**; |
| Reply and Opposition by Defendant, if applicable, shall be due **October 29, 2014**; | Reply and Opposition by Defendant, if applicable, shall be due **December 17, 2014**; |
| Reply by Plaintiff, if applicable, shall be due **December 5, 2014**. | Reply by Plaintiff, if applicable, shall be due **January 20, 2015** |

DATED this 29th day of July, 2014.

| | |
| --- | --- |
| MELINDA HAAG<br>United States Attorney<br>TAMARA W. ASHFORD<br>Acting Assistant Attorney General, Tax Division<br>YONATAN GELBLUM<br>Trial Attorney, Tax Division<br><br>By: /s/ Yonatan Gelblum<br>YONATAN GELBLUM<br>Attorneys for Defendant United States Internal Revenue Service | DAVIS WRIGHT TREMAINE LLP<br><br>By: /s/ Thomas R. Burke<br>THOMAS R. BURKE<br>Attorneys for Plaintiff Public.Resource.Org |

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Yonatan Gelblum, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Yonatan Gelblum
Yonatan Gelblum