TAMARA W. ASFHORD
ACTING ASSISTANT ATTORNEY GENERAL

YONATAN GELBLUM (Cal. State Bar. No. 254297)
CHRISTOPHER W. SANDERS
U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
P.O. Box 227
Washington, DC 20044
(202) 305-3136 (phone)
(202) 514-6866 (facsimile)
yonatan.gelblum@usdoj.gov

*Counsel for Defendant Internal Revenue Service*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, | |
| Plaintiff, | Case No. 13-cv-2789 |
| v. | **ANSWER** |
| UNITED STATES INTERNAL REVENUE SERVICE, | |
| Defendant. | |

DEFENDANT, the Internal Revenue Service, by and through its attorneys, responds to the complaint as follows:

1. The Defendant denies the allegations in paragraph 1.

2. The complaint's prayer for relief speaks for itself. The Defendant denies any remaining factual allegations in paragraph 2.

3. The cited document speaks for itself. The Defendant denies any remaining factual allegations in paragraph 3.

1

4. The cited document speaks for itself. The Defendant denies any remaining factual allegations in paragraph 4.

5. The cited document speaks for itself. The Defendant denies any remaining factual allegations in paragraph 5.

6. The Defendant denies the allegations in paragraph 6.

7. The complaint's prayer for relief speaks for itself. The Defendant denies any remaining factual allegations in paragraph 7.

8. The Defendant admits that the Court has jurisdiction pursuant to 5 U.S.C. § 702 and 28 U.S.C. § 1331 and denies the remaining allegations in paragraph 8.

9. The Defendant admits that Venue is proper in the Northern District of California under 28 U.S.C. § 1391(e)(1)(C) and denies the remaining allegations in paragraph 9.

10. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10.

11. The Defendant admits the allegations in paragraph 11.

12. The Defendant repeats its responses to paragraphs 1 through 11, as if fully stated herein.

13. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 13.

14. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 14.

15. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 15.

16. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 16.

17. The Defendant admits that Forms 990s are filed documents available, in part, for public inspection, and denies the remaining allegations in the first sentence of paragraph 17. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the second sentence of paragraph 17.

18. The cited document speaks for itself. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 18.

19. The cited document speaks for itself. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 19.

20. The cited document speaks for itself. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 20.

21. The cited document speaks for itself. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 21.

22. The cited document speaks for itself. The Defendant denies the remaining allegations in paragraph 22.

23. The cited document speaks for itself. The Defendant admits the remaining allegations in paragraph 23.

24. The cited document speaks for itself. The Defendant denies the remaining allegations in paragraph 24.

25. The Defendant admits the allegations in paragraph 25.

26. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 26.

27. The cited document speaks for itself. The Defendant denies the remaining allegations in paragraph 27.

28. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 28.

29. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 29.

30. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 30.

31. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 31.

32. The Defendant admits that it distributes certain Forms 990 or portions thereof as 1-page documents, and lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 32.

33. The Defendant denies the first sentence of paragraph 33, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 33.

34. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 34.

35. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 35.

36. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 36.

37. The Defendant admits that the stated meeting took place and denies the remaining allegations in paragraph 37 of the complaint.

38. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38.

39. The Defendant admits that the stated meeting took place and denies the remaining allegations in paragraph 39 of the complaint.

40. The cited documents speak for themselves. The Defendant denies any remaining allegations in paragraph 40.

41. The Defendant denies the allegations in paragraph 41.

42. The cited document speaks for itself. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 42.

43. The cited document speaks for itself. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 43.

44. The cited document speaks for itself. The Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 44.

45. The cited document speaks for itself. The Defendant denies any remaining allegations in paragraph 45.

46. The cited document speaks for itself. The Defendant denies any remaining allegations in paragraph 46.

47. The Defendant admits that it received a response from Plaintiff's counsel to the letter described in paragraph 46 and denies the remaining factual allegations in paragraph 47.

48. The cited document speaks for itself. The Defendant denies any remaining allegations in paragraph 48.

49. The Defendant denies the allegations in paragraph 49.

50. The cited documents speak for themselves. The Defendant denies the remaining allegations in paragraph 50.

51. The cited document speaks for itself. The Defendant denies the remaining allegations in paragraph 51.

52. The cited document speaks for itself. The Defendant denies the remaining allegations in paragraph 52.

53. The Defendant repeats its responses to paragraphs 1 through 52, as if fully stated herein.

54. The Defendant denies the allegations in paragraph 54.

55. The cited statute speaks for itself. The Defendant denies any remaining allegations in paragraph 55.

56. The Defendant admits the allegations in the first clause of paragraph 56 and denies the remaining allegations in paragraph 56.

57. The Defendant admits that it provides data from Form 990 as a TIFF image and denies the remaining allegations in paragraph 57.

58. The Defendant denies the allegations in paragraph 58.

59. The cited statute speaks for itself. The Defendant denies the remaining allegations in paragraph 59.

60. The Defendant denies the allegations in paragraph 60.

61. The Defendant denies the allegations in paragraph 61.

62. The Defendant denies the allegations in paragraph 62.

63. The Defendant repeats its responses to paragraphs 1 through 62, as if fully stated herein.

64. The cited statute speaks for itself. The Defendant denies the remaining allegations in paragraph 64.

65. The Defendant denies the allegations in paragraph 65.

66. The Defendant denies the allegations in paragraph 66.

67. The Defendant denies the allegations in paragraph 67.

68. The Defendant denies the allegations in paragraph 68.

## FIRST AFFIRMATIVE DEFENSE

The plaintiff has failed to state a claim on which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Defendant is entitled to withhold from disclosure certain records or portion of records.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiff has failed to exhaust its administrative remedies.

## FOURTH AFFIRMATIVE DEFENSE

The records requested by the Plaintiff are not readily reproducible in the requested format and cannot be made readily reproducible in that format with reasonable effort.

## SIXTH AFFIRMATIVE DEFENSE

The Plaintiff is neither eligible nor entitled to an award for attorneys' fees and costs.

WHEREFORE, having fully responded to plaintiff's complaint, the Defendant prays that this Court dismiss the complaint with prejudice, grant the Defendant its costs of defense, and grant such other relief as may be deemed just and proper under the circumstances.

DATE: August 1, 2014

    TAMARA W. ASHFORD
    ACTING ASSISTANT ATTORNEY GENERAL

    /s/ Yonatan Gelblum
    YONATAN GELBLUM
    CHRISTOPHER W. SANDERS
    U.S. DEPARTMENT OF JUSTICE, TAX DIVISION
    P.O. Box 227
    Washington, DC 20044
    (202) 305-3136 (phone)
    (202) 514-6866 (facsimile)
    Yonatan.gelblum@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing answers on Counsel for the Plaintiff via the Court's ECF system this 1st day of August, 2014.

/s/ Yonatan Gelblum
Yonatan Gelblum