IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, ) | |
| ) | Case No. 13-cv-02789-WHO |
| Plaintiff, ) | |
| ) | **PROPOSED ORDER** |
| v. ) | |
| ) | |
| UNITED STATES4 ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    And now, this ___ day of _____, 2015, on consideration of Defendant's motion for summary judgment, it is ORDERED that the motion is GRANTED, and it is further ORDERED that this action be and is dismissed with prejudice.

                                                                                        _____
                                                                                   UNITED STATES DISTRICT JUDGE