**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

_____

PUBLIC RESOURCE.ORG            )
                                                     )
     Plaintiff                             )
                                                     )
     v.                                       )          Case No:  3:13-cv-2789
                                                     )
INTERNAL REVENUE SERVICE,       )
                                                     )
     Defendant.                         )
_____

**DECLARATION OF DENISE HIGLEY**

I, Denise Higley, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1.  I am a Lead Management and Program Analyst in the HQ Disclosure Office's
    Freedom of Information Act (FOIA) function of the Internal Revenue Service
    (IRS).  I have been employed with the IRS since April 26, 1977, and employed in
    the Office of Disclosure since February 1999.  My duties include responding to
    requests for agency records under the FOIA and other access statutes.  These
    duties require that I have knowledge of the types of documents created and
    maintained by the various divisions and functions of the IRS and an
    understanding of the provisions of the FOIA, which exempts certain types of
    documents from disclosure in response to a request.

2.  As part of my duties, I was assigned to process the plaintiff's FOIA request dated
    March 11, 2013, which I received on March 12, 2013.  The plaintiff's request
    sought Form 990 (_Return of Organization Exempt from Income Tax_) for nine
    exempt organizations in the Modern e-File (MeF) format.

3.  I had never received a request for a Form 990 in MeF format before, and, to the

best of my knowledge, this is the first request for this format that the IRS has ever received.

4.  I am aware that most of the Form 990 series exempt organization returns are available for public inspection pursuant to section 6104 of the Internal Revenue Code.  Accordingly, the IRS has routine agency procedures to provide copies upon request via a Form 4506-A (*Request for Public Inspection or Copy of Exempt Organization IRS Form*).  A copy of Form 4506-A is attached to this declaration as Exhibit 101.

5.  The Form 4506-A offers a choice of "raw" or "alchemy" formats, but does not provide for the MeF format.

6.  I am aware that Forms 4506-A requests for exempt organization returns are processed by the RAIVS unit in Ogden, Utah.  On March 13, 2013, I called the RAIVS unit and spoke to an employee about the formats that are available through RAIVS.  I learned that the "raw" and "alchemy" formats listed on the Form 4506-A apply only to CD requests, and not to individual requests for a Form 990.  The PDF TIF format is what RAIVS provides to individual requesters.

7.  I did not search for the requested returns in the MeF format because the returns are available through the routine agency procedures.

8.  By letter dated March 19, 2013 I advised the requester that he should follow the routine agency procedures and submit a Form 4506-A to the RAIVS Unit for copies of the Forms 990.  I included a copy of the Form 4506-A with my response letter to assist him with his request.

9.  Since receipt of the FOIA request for Forms 990 in the MeF format from Public

Resource, the IRS HQ FOIA Office received two other requests for Forms 990 in

the MeF format.  One of these requests was submitted by plaintiff's counsel on

behalf of Carl Malamud, one of plaintiff's officers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

Executed this 13th day of August, 2014.

_____
Denise Higley
Lead Management and Program Analyst
HQ FOIA Office
Internal Revenue Service
Ogden, Utah