| Form **4506-A** (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Request for Public Inspection or Copy of Exempt or Political Organization IRS Form** ▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible. | OMB No. 1545-0495 |

**TIP** You may not have to complete Form 4506-A to get the copies you need.

- **Internet. Form 8871,** Political Organization Notice of Section 527 Status, and **Form 8872,** Political Organization Report of Contributions and Expenditures, are available for inspection and printing from the Internet. The website address for both forms is **www.irs.gov/polorgs.**
- **Public disclosure by the organization.** Exempt or political organizations must make their returns, reports, notices, and exempt applications available for public inspection. You can visit the organization to inspect the material instead of requesting it from the IRS. The organization may be able to mail the copies to you.

**1 Exempt or political organization.** *If a multiple request, please attach list of names, forms, and tax years.*

Name

Employer identification number

Address

City or town, state, and ZIP code

**2 Requester**

Name

Contact person

Address

Phone

City or town, state, and ZIP code

Date

**3 Category of requester:** ☐ Commercial user  ☐ Non-commercial scientific institution  ☐ Media _____
**You must check a box.** ☐ Educational institution  ☐ All others                                              Name of Media Outlet

**4 Reason for request.** All requesters except for commercial users must provide an explanation of how the records will be used to avoid being charged the commercial rate. Attach additional sheets if necessary.

-----------------------------------------------------------------------------------------------------------------------------

**Lines 5–9.** For each applicable form, check the box(es) for the item(s) you are requesting. You may request more than one form. For each form requested, check either the copy, inspection, CD/DVD, or Sample CD/DVD box and enter the specific tax year(s), as indicated. If ordering a partial set on CD/DVD or Sample CD/DVD, indicate the format, state(s), and month(s) requested. **Note.** CD/DVD and Sample CD/DVD are not available for individual exempt organizations.

**5** Form 990, Form 990-EZ:
**a** Paper request: ☐ Copy  ☐ Inspection
Tax year(s) or period(s) requested: ____ ; ____ ; ____ .
YYYYMM   YYYYMM   YYYYMM

**b** CD/DVD request: ☐ CD/DVD  ☐ Sample CD/DVD
Format: ☐ Alchemy  ☐ Raw
State(s): ____ ; ____ ; ____ .
Calendar year(s): ____ ; ____ ; ____ .

**6** Form 990-PF:
**a** Paper request: ☐ Copy  ☐ Inspection
Tax year(s) or period(s) requested: ____ ; ____ ; ____ .
YYYYMM   YYYYMM   YYYYMM

**b** CD/DVD request: ☐ CD/DVD  ☐ Sample CD/DVD
Format: ☐ Alchemy  ☐ Raw
State(s): ____ ; ____ ; ____ .
Calendar year(s): ____ ; ____ ; ____ .

**7** Form 990-T (501(c)(3) organizations filed after August 17, 2006):
**a** Paper request: ☐ Copy  ☐ Inspection
Tax year(s) or period(s) requested: ____ ; ____ ; ____ .
YYYYMM   YYYYMM   YYYYMM

**b** CD/DVD request: ☐ CD/DVD  ☐ Sample CD/DVD
Format: ☐ Alchemy  ☐ Raw
State(s): ____ ; ____ ; ____ .
Calendar year(s): ____ ; ____ ; ____ .

**8** Form 5227 (for tax years beginning after December 31, 2006):
Paper request: ☐ Copy  ☐ Inspection
Tax year(s) or period(s) requested: ____ ; ____ ; ____ .
YYYYMM   YYYYMM   YYYYMM

**9** ☐ Form 1023  ☐ Form 1024  ☐ Determination Letter
☐ Updated Determination Letter

**IRS Use Only**

| The form requested above was inspected by (name of requester) | IRS office where inspection was made |
| Signature of employee present at inspection | Date |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.   Cat. No. 41722P   Form **4506**

Government Exhibit
101