IRS Sensitive but Unclassified Information



**01 / 13 / 2014**

**Information Technology** | **Estimation Program Office, Dwayne M. Ross, Sr.**

# Require all Form 990 Series Tax and Information Returns
# be Filed Electronically
# Vision and Strategy Phase Estimate
# Basis of Estimate Report, Version 1.1

**Government Exhibit**

105

## Contents

1   **Introduction** ................................................................................................................ **4**
    1.1   Purpose ...................................................................................................................... 4
    1.2   Relationship to Previous Estimates ........................................................................... 4
    1.3   Summary Results ....................................................................................................... 4
2   **Key Project Information** .............................................................................................. **6**
    2.1   Related Documents .................................................................................................... 6
    2.2   Estimate Contributors ................................................................................................ 7
3   **Estimation Methodology** ............................................................................................ **7**
4   **Project Scope and Business Capabilities** ................................................................ **8**
    4.1   Included Scope ........................................................................................................... 8
    4.2   Excluded Scope .......................................................................................................... 8
5   **Solution Characteristics** ............................................................................................ **8**
6   **Assumptions for Estimation** ..................................................................................... **9**
    6.1   Global Assumptions ................................................................................................... 9
    6.2   Software Application Development ........................................................................... 10
    6.3   Project Infrastructure ............................................................................................... 12
    6.4   Business Operating Division (BOD) Support (non-IT Costs) .................................. 13
    6.5   Deployment Services ............................................................................................... 13
7   **Issues and Risks** ...................................................................................................... **14**
8   **Management Reviews** ............................................................................................... **14**
9   **Appendix A – Standard Ground Rules and Assumptions (GR&As) for Estimation** ................... **15**
10  **Appendix B – Software Size and Development Attributes** ...................................... **21**
11  **Appendix E – Acronyms** ........................................................................................... **23**

List of Tables

Table 1-1.  ELC Phases and Categories of Cost Included in the Estimate ..................................................4
Table 1-2.  Five Year Investment Summary Report ...................................................................................5
Table 1-3.  Highest Cost Components.......................................................................................................5
Table 1-4.  Projected Schedule.................................................................................................................6
Table 1-5.  Projected Staffing ..................................................................................................................6
Table 2-1.  Estimate Contributors ...........................................................................................................7
Table 5-1.  Planned Infrastructure Investments .......................................................................................9
Table 6-1.  Software Engineering Project Support ...................................................................................11
Table 6-2.  Data Engineering Project Support .........................................................................................12
Table 6-3.  AD Non-Developer Project Support Level of Effort ................................................................12
Table 12-1.  Assumptions for % In-House Labor for DP Organizations .....................................................15
Table 12-2.  IRS and Contractor IT Labor Rates by Functional Area.........................................................17
Table 12-3.  Composite IRS and Contractor Labor Rates for Services and Enforcement .........................18
Table 12-4.  Inflation Indices and Rates .................................................................................................20
Table 13-1.  Software EBS Component Sizes and Attributes....................................................................21
Table 13-2.  Default Parameter Overrides ..............................................................................................21

# 1   Introduction

## 1.1   Purpose

This estimate provides a structured accounting of all Information Technology (IT) resources and associated costs required to complete the development and deployment of the FY2014 legislative proposal that would require all Form 990 Series Tax and Information Returns be filed electronically. "". A general explanation of the Administration's FY 2014 Revenue proposals is available in the "Green Book" at: http://www.treasury.gov/resource-center/tax-policy/Documents/General-Explanations-FY2014.pdf under the title "Make e-Filing Mandatory for Exempt Organizations". The legislation would require all tax-exempt organizations that must file Form 990 series returns to file them electronically. The proposal would also require the IRS to make the electronically filed Form 990 series returns publicly available in a machine readable format in a timely manner, as provided in regulations.

This estimate reflects the information that is available during the Vision & Strategy phase of the IRS Enterprise Life Cycle (ELC) and includes costs for the lifecycle phases, cost categories, and cost types noted in Table 1-1.

**Table 1-1.  ELC Phases and Categories of Cost Included in the Estimate**

| ELC Phases | | Cost Categories | | Cost Types | |
|---|---|---|---|---|---|
| x | Project Initiation | x | Application Software Development | x | IRS Labor |
| x | Domain Architecture | x | Infrastructure Environments | x | Capital Costs |
| x | Preliminary Design | x | Deployment Services | | |
| x | Detailed Design | x | BOD Support (non-IT costs) | | |
| x | System Development | | Program Management Office | | |
| x | System Deployment | | | | |
| x | Operation and Maintenance | | | | |

This estimate was prepared to support the development of a FY2014 legislative proposal. The estimate was requested by Bridget Forcier from the Chief Financial Officer (CFO), Corporate Budget, Budget Formulation Office and was included as part of a group of new legislative proposals that were added by Treasury Tax Policy in the FY 2014 President's Budget. Tax Exempt and Government Entities Submission Processing (TEGE/SP) are the business sponsors for the proposal. This estimate includes IT costs to design, build, deploy and operate the system and Business Operating Division (BOD) support costs to support development activities.

## 1.2   Relationship to Previous Estimates

No previous estimate was developed for this proposal.

## 1.3   Summary Results

Tables below provide the following information:

1. Table 1-2 shows the cost by fiscal year for Make e-Filing Mandatory for Exempt Organizations for a five-year investment period beginning with the base year of 2015. The 2015 costs for the projects are supporting pre-MS2 activities.

2. Table 1-3 summarizes the largest cost components in the project estimate. The Estimate Breakdown Structure (EBS) Identifier (ID) refers to the component number within the EBS Report that is included in the Investment Summary Report (ISR) Extract described later in this section. The listed components account for $10.68 out of the $14.3 total Non-Recurring (NR) cost of the project.

3.

4. Table 1-4 shows the project's projected schedule. The estimate uses a project start date of 10/1/2015.

5. Table 1-5 summarizes project staffing. The labor costs include BOD (non-IT) support needed to support the development of Make e-Filing Mandatory for Exempt Organizations.

### Table 1-2.  Five Year Investment Summary Report

| Five Year Investment Summary | | | Investment Summary Report | | | | |
|---|---|---|---|---|---|---|---|
| Form 990 efile | | | | | | | |
| December 15, 2013 | Capital | IRS Labor | 2015 | 2016 | 2017 | 2018 | 2019 |
| **Non-recurring** | | | | | | | |
| Non-recurring BOD Capital | 147,000 | | 117,000 | 30,000 | 0 | 0 | 0 |
| Non-recurring BOD Labor | | 1,321,000 | 820,000 | 501,000 | 0 | 0 | 0 |
| **Total BOD Non-recurring** | **1,468,000** | | **937,000** | **531,000** | **0** | **0** | **0** |
| Non-recurring IT Capital | 9,511,000 | | 6,167,000 | 3,344,000 | 0 | 0 | 0 |
| Non-recurring IT Labor | | 3,288,000 | 2,236,000 | 1,052,000 | 0 | 0 | 0 |
| **Total IT Non-recurring** | **12,800,000** | | **8,403,000** | **4,397,000** | **0** | **0** | **0** |
| **Total Non-recurring** | **14,267,000** | | **9,339,000** | **4,928,000** | **0** | **0** | **0** |
| **Recurring (O&M)** | | | | | | | |
| Recurring BOD Capital | 0 | | 0 | 0 | 0 | 0 | 0 |
| Recurring BOD Labor | | 425,000 | 0 | 50,000 | 126,000 | 126,000 | 123,000 |
| **Total BOD Recurring (O&M)** | **425,000** | | **0** | **50,000** | **126,000** | **126,000** | **123,000** |
| Recurring IT Capital | 3,056,000 | | 0 | 420,000 | 884,000 | 884,000 | 867,000 |
| Recurring IT Labor | | 1,692,000 | 0 | 199,000 | 501,000 | 501,000 | 490,000 |
| **Total IT Recurring (O&M)** | **4,747,000** | | **0** | **619,000** | **1,386,000** | **1,386,000** | **1,357,000** |
| **Total Recurring (O&M)** | **5,172,000** | | **0** | **669,000** | **1,511,000** | **1,511,000** | **1,481,000** |
| **BOD Five Year Investment** | **147,000** | **1,746,000** | **937,000** | **581,000** | **126,000** | **126,000** | **123,000** |
| **IT Five Year Investment** | **12,567,000** | **4,980,000** | **8,403,000** | **5,016,000** | **1,386,000** | **1,386,000** | **1,357,000** |
| **Total Five Year Investment** | **$19,439,000** | | **9,339,000** | **5,597,000** | **1,511,000** | **1,511,000** | **1,481,000** |
| Inflation Adjusted | | | | | | | |
| Capital | 12,903,000 | | 6,284,000 | 3,855,000 | 913,000 | 927,000 | 924,000 |
| IRS Labor | | 6,830,000 | 3,056,000 | 1,827,000 | 645,000 | 654,000 | 648,000 |
| Total Investment Inflation Adj. | $19,733,000 | | 9,340,000 | 5,682,000 | 1,558,000 | 1,581,000 | 1,572,000 |

### Table 1-3.  Highest Cost Components

| EBS ID | Description | Cost ($) |
|---|---|---|
| 1.1.1.2.1.1 | MeF new Form Enhancement - (1 new Forms) | $4.3M |
| 1.1.1.2.1.4 | Website for the machine readable data (ICCE) | $2.0M |
| 1.1.4.1 | SAT (25% of S/W Development) (A) | $1.5M |
| 1.3.1.3 | BOD SME Support - 1 / 3 / 5 FTE LOE (A) | $818K |
| 1.1.2.3 | Plan/Requirements - EA (A) | $705K |
| 1.2.1 | Network Augmentation | $497K |
| 1.1.6 | Security Activities - New System - Moderate Risk | $436K |
| 1.1.2.1 | Plan/Requirements - SE (A) | $423K |

Total:                                                          $10.68M

**Table 1-4.  Projected Schedule**

| Lifecycle Phase | Start Date | Phase Duration (Months) | MS | Exit Date |
|---|---|---|---|---|
| Project Initiation and Domain Architecture | 10/1/14 | 6 | MS1/2 | 03/25/2015 |
| Preliminary Design | | 3 | MS3 | 07/06/2015 |
| Detailed Design | | 2 | MS4a | 09/05/2015 |
| System Development | | 4 | MS4b | 01/12/2016 |
| System Deployment | | 4 | MS5 | 05/08/2016 |

**Table 1-5.  Projected Staffing**

| | FY2015 | FY2016 | Total |
|---|---|---|---|
| IRS FTE | 14.8 | 7.4 | 22.3 |
| Contractor | 21.8 | 12.8 | 34.5 |
| Total | 36.6 | 20.2 | 56.8 |

Detailed cost reports for this estimate are contained in an Investment Summary Report (ISR) extract *Form 990 efile ISR Extract (2013-12-06) revised 1.3*.

The ISR Extract provides a breakdown of the estimate's results into formats suitable for resource planning. While a project cost estimate is used to inform budget formulation, it is critical to note that this independent cost estimate report is neither an indication of Treasury's future funding requests nor a procurement commitment. Furthermore, for any particular fiscal year, actual budget formulation can appropriately be either higher or lower than the project cost estimate. There are several factors that will cause this difference to occur. While the estimate predicts future funding expenditures and disbursements, budget formulation focuses on the funding commitment and obligation process to ensure that sufficient funds are available during project execution.

Unless otherwise noted, reports are provided on five tabs of the extract:

1. **ISR** – Cost breakdown by fiscal year, for the project as a whole and for each Delivery Partner (DP)

2. **DP Summary** – Cost breakdown by DP.

3. **DP by FY** – Shows total cost Full Time Equivalent (FTE) staff by DP. The Above Unit Cost Rate (UCR) costs shown in the report includes contractor labor and materials (purchased hardware, purchased software, site preparation, training and travel).

4. **Labor Charts** –  IRS and Contractor FTEs for up to 5 FYs, for the project as a whole and for each DP

5. **EBS Report** - Product-oriented Estimate Breakdown Structure

6. **DP Milestone** – Cost breakdown by ELC phase and DP

7. **JV** – Journal Voucher

## 2   Key Project Information

## 2.1   Related Documents

The development cost to e-File the Form 990-T was derived from a previous estimate that was completed in FY2007. The prior estimate is documented in the following document:

1.  Form 990 Revision Cost Analysis 8 26 06 (2006-12-05)

## 2.2   Estimate Contributors

Participants who substantially contributed to this estimate appear in Table 2-1.

**Table 2-1.  Estimate Contributors**

| Organization | Contact Names |
|---|---|
| EPO | Dwayne M. Ross, Sr. |
| Solution Engineering | Lini Wu, Jeffery Jones |
| AD | Richard Rode, Andre Springer (MeF) |
| TE/GE | JaLynne Archilbald, Robert Noonan |

## 3   Estimation Methodology

The estimator developed this estimate following the activities and steps defined in the IT Estimation Procedure. The "Perform Estimation" activity within the procedure relied on two commercial estimation tools: SEER for Software® and SEER for IT®. Estimation consisted of the following major steps:

2.  **Refine Scope and Solution** – Representatives from across TE/GE, W&I, SE, IPS, and AD discuss necessary business and IT changes to refine the proposal's scope and solution. Although the Green Book would require all Form 990 series returns to be filed electronically, TE/GE refined the solution to require only the new form 990-T to be e-Filed. Form 990-BL was excluded from the scope due to its low volume and Form 990-W was excluded from estimate because it is a worksheet and is not required to be filed.

3.  **Developed the EBS** – The estimator tailored the IRS IT standard EBS for the proposal to make e-Filing mandatory for exempt organizations. The EBS is a product-oriented outline that maps elements of the estimate to the components of the design. All EBS elements are grouped into one of the following categories: Application Development, Project Infrastructure, BOD Support, and Deployment Services.

4.  **Estimated EBS Component Costs** – The estimator used a combination of techniques to estimate EBS components including parametric modeling, analogy, application of cost estimating relationships, and utilization of pre-defined costs from service provider catalogs. Section 6, Assumptions for Estimation, document baseline assumptions for EBS element from which the estimate was built.

5.  **Apply Factors and Rates** – The estimator added other aspects of the project such as IRS/contractor labor mix and labor rates to develop a complete cost and schedule estimate.

6.  **Generated reports** – The estimator used the Investment Summary Report tool to create reports in a variety of formats for the various users of the estimate.

This methodology relies on what is documented and what can be reasonably assumed at this time. Estimated costs are expected to change as the project enters the life cycle and the more detailed requirements and system specifications are developed.

## 4   Project Scope and Business Capabilities

### 4.1   Included Scope

The proposal would require all tax-exempt organizations that must file Form 990 series returns to file them electronically. Forms 990, 990-EZ and 990-PF are currently being e-filed through MeF. Solution would require the new form 990-T to be e-Filed. The proposal would also require the IRS to make the electronically filed Form 990 series returns publicly available in a machine readable format in a timely manner, as provided in regulations.

The proposal would generally be effective for taxable years beginning after the date of enhancement. Transition relief would allow up to three additional years to begin electronic filing for smaller organizations and organizations for which electronic filing would be an undue hardship without additional transition time. In addition, the proposal would give the IRS discretion to delay the effective date for Form 990-T filers for up to three taxable years. Capabilities that are included in scope of this estimate include:

1. Ability to e-file form 990-T. Forms 990, 990-EZ and 990-PF are currently being e-filed through MeF.

2. New process to filter the filed 990-T series form to redact individual Personally Identifiable information (PII) and store it in a publicly accessible location.

3. Development of a new public user interface for accessing machine readable 990 series forms.

### 4.2   Excluded Scope

The following significant scope elements have been excluded from this estimate:

1. Ability to e-file Form 990-BL due to its low volume.

2. Ability to e-file Form 990-W because it is a worksheet and is not required to be filed.

## 5   Solution Characteristics

The solution will require new functionality and enhancements to the following systems:

1. Modernized e-File (MeF) will be enhanced to receive and process Form 990-T using standardized business rules and requirements across form type. MeF provides for real time processing of acknowledgements, streamlined error detection, capability to attach PDF files, and capability for IRS employees to view MeF return data through the Employee User Portal (EUP) and also the Business Objects Server.

2. Tax Return Database (TRDB) is the legal repository for electronically filed tax forms. TRDB will require modification to receive the electronically filed Form 990-T from MeF.

3. Business Master File (BMF) Mainline Processing will be modified to support the pre-posting, posting, analysis, and output of business account transactions using the information on the electronically filed 990-T form.

4. Integrated Customer Communications Environment Management Information System (ICCE MIS) will be modified to extract Form 990 series forms from TRDB, transform the forms by filtering the filed 990 series forms to redact individual Personally Identifiable information (PII) and load the forms on the web. ICCE will also provide a user interface for public users to access the filtered machine readable 990 series forms.

5. Purchased hardware, licenses, and storage needed for development, testing, production and disaster recovery environments appear in Table 5-1. The infrastructure cost reflects the assumption that there will be some network augmentation to handle the increased volume of e-Filed 990-T forms.

**Table 5-1.  Planned Infrastructure Investments**

| Environment | Purchased Materials |
|---|---|
| Network Augmentation | Telecom Build Out - Medium |
| Portal | IEP Integration – Small (Pending Accenture's Refinement) |
| Production | 1 TB SAN Storage |
| Disaster Recovery | 1 TB SAN Storage |

# 6   Assumptions for Estimation

Estimates are usually based on limited information and so need to be bound by the constraints that make estimating possible. These constraints bind the estimate's scope, effort, cost, schedule, staffing, and quality, and are accounted for using assumptions. These assumptions document baseline conditions from which the estimate was built.

In some cases, assumptions reference criteria that were used to select predefined elements contained in cost catalogs. Cost catalogs contain predefined labor hours, labor mix, and material costs for different scope size classifications (e.g., Small, Medium, Large and Extra Large) for IT services. EPO currently maintains cost catalogs that were jointly developed by EPO and DPs who provide these services. The catalogs are primarily used in the development of estimates during the Vision and Strategy phase to provide placeholder costs for IT services and materials that will likely be needed. The criteria, categories and associated labor hours or material costs were derived from the experience of the DPs.

## 6.1   Global Assumptions

1. **Project Initiation Date** – 10/1/2015. The project initiation date defines the base fiscal year for all reported costs; i.e., if a project is initiated in FY 2015, all costs are reported in base year FY 2015 dollars, with the exception of the Investment Summary Report which shows inflation-adjusted costs.

2. **Schedule** – The following assumptions pertain to the overall project schedule:

   a. The design and development phases were estimated using the SEER for Software parametric model which was applied to estimate the effort to Extract, Transform and Load (ETL) Form 990 series data that is stored in TRDB and load the data into a publicly-accessible location. The schedule for pre-MS2 (i.e., Project Initiation and Domain Architecture ELC phases) and Deployment phases were estimated as a percentage of the Design and Development based on the 30:50:20 guideline whereby the pre-MS2 schedule duration is set equal to 60% of the Design and Development schedule duration and the System Deployment schedule duration is set equal to 40% of the Design and Development schedule duration. The overall result is that pre-MS2 is 30%, Design and Development 50% and Deployment 20% of total schedule duration. This guidance was developed by EPO based on a review of ELC Milestone Exit review dates for 19 completed projects and is documented in the EPO white paper, "Guidelines for Estimating Project Schedule.

   b. If the estimate is for a subsequent release of a Current Production Environment (CPE) system to provide a new service that is consistent with other services that the system already supports, it is assumed that the project will commence work beginning with preliminary design; pre-MS2 activities should be excluded from the estimate (Source: EPO White Paper "Guidelines for Estimating Project Schedule"). Pre-MS2 activities were included this estimate.

3. **Staffing Constraints** – No staffing constraints.

4. **Pre-MS2 Effort** – Pre-MS2 IT effort is estimated as 23% of IT design and development effort based on a review of actual effort IT effort on the IRDM R1 project. Costs are allocated as DPs as 30% to Solution Engineering (SE), 20% to Requirements and Demand Management (RADM) and 50% to Enterprise Architecture (EA).

5. **Global assumptions** – Productive hours per month, percentage of in-house labor for DP organizations, probability of completion within budget and schedule, labor rates, inflation adjustment, and Operation and Maintenance (O&M) phase duration appear in Appendix A.

6. **AD/BOD/PMO Supplies** – Costs for miscellaneous supplies are estimated at $160 per FTE per year for AD, BOD, and PMO.

## 6.2   Software Application Development

1. **Core Functionality** – The  estimator used a combination of techniques to estimate EBS components for software development including parametric modeling and analogy,

   a.  MeF enhancements were estimated using a prior estimate for Form 990 Revision. The estimated cost of $4.3M to e-File Form was based on the $4.4M in IBM Development Costs shown in Table 6-1. The prior estimate used a base year of 2007 so the cost was adjusted for inflation using a 2% inflation factor. Infrastructure support, government costs, and risk reserve costs are included elsewhere in the estimate. IBM New Functions were assumed not to be needed. Contractor and Project overhead are excluded from this estimate.

**Table 6-1. Form 990 Revision Estimate Summary** (Source: Form 990 Revision Cost Analysis 8 26 06 (2006-12-05))

| | Existing 990 | 990 Revision | Median |
|---|---|---|---|
| IBM Development Costs | 4.406 | 7.248 | 5.827 |
| IBM Infrastructure Support | 0.661 | 1.087 | 0.874 |
| IBM New Functions and Fed/State | 0.507 | 0.833 | 0.670 |
| *Subtotal IBM:* | *5.573* | *9.168* | *7.371* |
| Infrastructure | 0.593 | 1.187 | 0.890 |
| Contract & Project Overhead | 5.927 | 5.927 | 5.927 |
| *Total Dev & Integration Costs* | *12.094* | *16.282* | *14.188* |
| Gov't Costs (30%) | 3.628 | 4.885 | 4.256 |
| Risk Reserve (15%) | 1.814 | 2.442 | 2.128 |
| *Total Estimated Costs* | *17.536* | *23.609* | *20.572* |

   b.  ICCE costs were estimated through a combination of analogy and parametric modeling.
   - The effort to extract 990 data, transform it to redact personal information, and store the redacted 990 files in a publicly accessible repository was sized using the function point methodology. The application was sized as 9 function points (3 External Inputs, 3 External Outputs and 3 Internal Logical Files). The estimated size was entered into SEER for Software. The model parameters are described in Section xx.
   - The user interface to access 990 series forms was estimated to cost $2M based on input from On-Line Services. The cost was compared with the estimated effort for Get Transcript which had an estimated development cost of $259k.

   BMF and TRDB enhancements were estimated using the CPE cost catalog.

2. **CPE System Enhancements** – The estimator selected predefined elements from the EPO CPE cost catalogs as placeholders for development efforts.

a.   CPE system enhancement placeholders are defined as the following categories:

- Small – Current user of the system requests an existing service that the external system already provides to other users under a standard interface protocol.

- Medium – New user of the system requests an existing service that the external system already provided to other users under a standard interface protocol or and existing user of the system requests a new type of service that is consistent with other services that the system already supports but requires some effort to transform the data into the requested format.

- Large – New user of the system requests a new type of service that is consistent with other services that the system already supports but requires some effort to transform the data into the requested format.

- Extra Large – User requests a new type of service that requires some customization by the external system and their need to test new or enhanced processing logic.

b.   Using these definitions, CPE System Enhancements were estimated for the following systems:

- BMF Modifications Enhancement = Medium/Large

- TRDB Enhancement = Large

3.   **EST Effort** – Guidance from the EST organization is to estimate the effort for Systems Acceptability Testing (SAT) at 25% of the developed software. This test effort is beyond the typical testing effort in the SEER for Software cost model and is listed as a separate element in the EBS. In addition, Performance Testing effort is estimated at 10% of the developed software effort.

4.   **Software Engineering Project Support** – The Software Engineering practice area within SE supports the development of the application architecture technical solution, which is documented in the Business Systems Architecture Report (BSAR) and Design Specification Report (DSR). The estimator selected the Bronze category of effort from predefined categories of support as a placeholder for engineering services that may be required for this project. The Bronze level of service is primarily documentation review; the other levels involve direct participation of SE in the project. The service levels were jointly developed by EPO and SE and determined from a review of support that the organization has provided for several projects. For the Gold and Silver levels, the project size criteria are as follows:

- Medium applies in most cases, and typically represents a project adding significant new functionality to an existing system.

- Small applies to a project for a minor enhancement of an existing system.

- Large applies to a project implementing a new system, or changes to a complex system (multiple subsystems or many interfaces with external systems).

**Table 6-2.  Software Engineering Project Support**

| Type | Effort (Least / Likely / Most) | Analogous Projects |
|---|---|---|
| None | | CPE Enhancements |
| Bronze | 80-120 hours | Solution Engineering planning |
| Silver - S / M / L | Half of Gold level | Solution Engineering planning |
| Gold - Small | 0.1 / 0.5 / 1.0 FTE | ACA BPD, SCRIPS, ACA IFSV |
| Gold - Medium | 1.0 / 1.5 / 2.5 FTE | BDA |
| Gold - Large | 2.5 / 3.0 / 4.0 FTE | MeF R8, MeF R9, ACA IS&R, CADE2 TS1, RRP R1 |

5.   **Data Engineering Project Support** – A data-centric application, involving the moving, transformation and processing of large volumes of data will likely require a design approach that centers on the design of the data model and the mechanisms for delivering data to and from the application. The

Enterprise Data Management Office (EDMO) will participate in multiple design sessions to ensure that the data model meets IRS and industry standards while still providing a model that supported the batch processing needs of the system. EDMO also manages the Extract, Transform and Load (ETL) Informatica platform and tools. The estimator selected the Bronze category of effort from predefined categories of support as a placeholder for data engineering services that may be required for this project. The Bronze level of service is primarily documentation review; the other levels involve direct participation of SE in the project. The service levels were jointly developed by EPO and SE and determined from a review of current support that the organization has provided for several projects. For the Gold and Silver levels, the project size criteria are as follows:

- Medium applies in most cases, and typically represents a project adding significant new functionality to an existing system.

- Small applies to a project for a minor enhancement of an existing system.

- Large applies to a project implementing a new system, or changes to a complex system (multiple subsystems or many interfaces with external systems).

**Table 6-3.  Data Engineering Project Support**

| Type | Effort (Least / Likely / Most) | Analogous Projects |
|---|---|---|
| None | | CPE Enhancement  or not a data centric application |
| Bronze | 80-120 hours | Solution Engineering planning |
| Silver - S / M / L | Half of Gold level | Solution Engineering planning |
| Gold - Small | 0.2 / 1.0 / 2.0 FTE | ACA IFSV, MeF R8, MeF R9, ACA IS&R |
| Gold - Medium | 2.0 / 3.5 / 5.0 FTE | RRP R1, ACA CDR, CADE2 |
| Gold - Large | 5.0 / 6.5 / 8.0 FTE | BDA |

6.  **DBA / SA Support** – All estimates will include effort for Database Administrator / System Administrator Support for hosting and maintaining development and test environments that range from 1.1 / 2.1 / 3.3 (Least / Likely / Most) FTEs. The level of effort was determined based on ongoing EPO analysis of actual costs from completed IRS IT projects.

7.  **AD Non-Developer Project Support** – All project estimates include minimum program support resources, unless otherwise specified, as shown in Table 6-4. Program Office costs exclude direct software development management, which is included in the software development labor estimate.

**Table 6-4.  AD Non-Developer Project Support Level of Effort**

| Support Type | Level of Effort (LOE) per Schedule Month |
|---|---|
| AD Project Manager | 1 FTE LOE (Default is .5 to 1 FTE LOE) |
| AD Domain Support | .5 to 1.5 FTEs LOE |
| AD Travel | 1 one-person trip per 2 months  @ $1,800 per trip |

8.  **Software Operation and Maintenance** – O&M begins at the completion of the system deployment phase and was estimated to be 20% of the development effort annually unless known to be otherwise. Purchased Software O&M was estimated to be 20% of licensing costs annually unless known to be otherwise.

## 6.3   Project Infrastructure

1.  **Purchased Hardware** – No new hardware was included in this estimate.

2. **IRS Enterprise Portal (IEP)** – The new Registered User Portal (RUP) (deployed August 2013) and Public User Portal (PUP) (deployed July 2012) hosted on the IEP will be supported under a contract that is being managed by the Portal Project Management Office (PPMO). Placeholder costs are included in the estimate to host new applications on the IEP however catalogs that are currently used are based on the old portal support costs. The catalogs used assume that the effort will depend on the degree portal infrastructure customization that will be required for the application. Support levels are assumed to be Few Modifications based on the following definitions:

   a. Hosting Only – The project intends to use the Portal services "as is". This option assumes that the project will only require minor configuration changes. This option also assumes that the new application will rely on a set of standard JVM class libraries that implement the Java API (Application Programming Interface). The catalog entries include only the Solution Engineering labor hours to configure the environment.

   b. Few Modifications/Increased Capacity – The project intends to use the Portal services with only one or two minor modifications. Solution Engineering will advise when a project's impact on an existing environment will require increased capacity.

   c. Many Modifications – The project intends to use the Portal, but needs to make several changes and/or introduce new technologies and/or needs a separate environment. The project needs a separate environment if the Portal is expected to require additional capacity to support a large number of new users that require authentication services.

3. **Security Certification and Accreditation (C&A) Support and Planning** – The estimator selected the New/Moderate Risk category from predefined elements from the Security cost catalog.  This estimate assumes that each engaged service provider will perform the required security due diligence, so no costs are included for Cybersecurity to perform those tasks.

4. **Network Augmentation** – The estimator selected the Medium category from predefined elements from the Network cost catalog as placeholders for effort that may be required to configure the network to support the increase in the volume and size of transactions over the IRS Wide Area Network (WAN).

5. **O&M Support for Hardware** – Estimated at 20% of purchase cost annually for 5-year rust replacement.

## 6.4    Business Operating Division (BOD) Support (non-IT Costs)

BOD-support costs incurred to support the IT development will include the following:

1. **BOD Project Support** – Labor assumptions are as follows:

   a. One full-time BOD Project Manager for the duration of the project

   b. A Business Systems Planning (BSP) Project Manager ¼ to ½ time

   c. Subject Matter Experts – 1 to 5 FTEs / all in-house

2. **BOD Travel** – 1 one-person trip per month @ $1,800 per trip

3. **Development and Printing of Training Materials** – effort to update training materials is estimated at 4 FTEs for 1.5 months; cost to print training materials is estimated between $25K and $100K.

## 6.5    Deployment Services

This estimate includes the following activities:

1. **AD Labor** – AD effort during the deployment phase is estimated as 50% of the peak staff for AD development based on preliminary analysis of historical project costs.

2. **UNS-D Labor**

   a.   IDEA Lab Desktop Application Certification – 200-280 hours to certify and create installation package

   b.   Get Services Help Desk Probe and Response Guide – 40 hours

3.   **Facilities and Site Prep** – included $5K for each installed site.

4.   **Transition Management** – The estimator selected the Medium, 12 months category from predefined elements from the Transition Management cost catalog.

## 7   Issues and Risks

1.   The cost of e-Filing new form types varies considerably. Estimate was based on prior estimate; not actuals.

## 8   Management Reviews

A summary cost analysis of the new FY2014 legislative proposals was sent to the Associate Chief Information Officer (ACIO) of Application Development (AD), Gretchen McCoy, the Assistant ACIO of AD, Nancy Sieger, and the Director of Financial Management Services (FMS), Ursula Gillis on December 18, 2013, The deck contained a summary of the costs for implementing new legislative proposals that were added by Treasury Tax Policy in the FY 2014 President's Budget, and included this proposal to require Form 990 series forms to be e-filed. Because it is not known if the proposed legislation for any of the proposals will be actually be passed into law (usually, legislation is not passed) the management did not request a briefing on the results.

# 9  Appendix A – Standard Ground Rules and Assumptions (GR&As) for Estimation

This section provides an overview of the standard GR&As that are applied on EPO estimates. Exceptions to GR&As are allowed and not uncommon. GR&A exceptions are noted within the BOE Report as exceptions to GR&As. Unless specifically noted as an exception, all GR&As included in the BOE are applicable to the estimate. Estimates that make use of these conventions will be easier to understand when they are reviewed for QA, or when they need to be modified.

1. **Productive Hours per Month** – Schedules are based on the availability of 152 effort hours of both employee and contractor labor per person month for project work.  This is equivalent to 1,824 productive hours per person per year and excludes vacation, sick, and administrative time. This is used for both IRS and Contractor labor. Assumption is that Contractor labor rates are applied only to hours actually charged for work on contract.

2. **Percentage of In-House Labor for DP Organizations** – DP organizations are organizations that are responsible for delivering parts of the proposed solution for a project.

   a. Every non-rollup element in the EBS report has a DP Identifier shown in Table 9-1. This property is used to allocate costs by DP in estimate reporting. The distribution of hours between IRS and contract labor varies by DP.

   b. The assumptions for percentage of in-house labor by DP are provided in Table 9-1. Distributions represent organizational defaults or, in the case of AD, projections obtained by the estimator for this estimate since AD labor distribution varies widely between IRS and Contractor labor depending on application.

### Table 9-1.  Assumptions for % In-House Labor for DP Organizations

| DP Organizations | | % In-House |
|---|---|---|
| AD | Application Development | 50% |
| BOD | Business Operating Division (all: W&I, SB/SE, LB&I, TE/GE, etc.) | 100% |
| CS | Cybersecurity | 10% |
| EOps | Enterprise Operations | 100% |
| ES | Enterprise Services | 30% |
| EST | Enterprise System Testing | 30% |
| PMO | Program Management Office | 100% |
| SE | Solution Engineering | 30% |
| TMO | Transition Management Office | 5% |
| UNS-D | User and Network Services – Desktop | 100% |
| UNS-N | Enterprise Networks – Network | 80% |

3. **Probability of Completion** – The Confidence Level (CL) that a project will deliver the completed scope of work within estimated cost and schedule.

   a. Software size, labor rates, and other program/cost attributes are entered into our cost models as least, likely and most ranges that result in a range of projected cost for best- through worst-case implementation scenarios. The 50% CL equates to a 50% likelihood that the project will deliver all functionality on schedule and within budget, and the lowest recommended funding level if the project is approved. A lower CL is accompanied by a lower cost projection, but also a higher risk that the project will require more money and/or schedule than estimated.

   b. Budget projections are specified as point estimates. The CL for a point estimate associates the CL with a dollar value on the cost curve. For Vision and Strategy phase estimates, point estimates are specified at an 80% confidence level.

4. **Base Year Labor Rates** – All labor costs are based on the fiscal year of the start date of the project. The IRS rates vary by DP and are derived from the UCR Calculator that is maintained by the Office of the Chief Financial Officer (CFO).

   a. Hourly rates are calculated by dividing the annual FTE costs in the UCR calculator by 1,824 which is the assumed number of productive hours per year for an IRS or contractor employee. Table 9-2 provides an overview of IT labor rates applied in estimates by functional area. The table shows the assumed rates for support by the top-level Services and Enforcement organizations. Many organizational units comprise the composite rates shown. If better rate information is known for the actual organizational unit(s) supporting a project, the estimator may override the composite rates with unit rates.

   b. Contractor rates are derived from the Independent Government Cost Estimate (ICGE) rates that are published by the Total Information Processing Support Services (TIPSS) Program Management Office and updated annually. Table 9-2 and

Table 9-3 show the TIPSS labor categories that were mapped to each functional area and used to provide a range of costs for hourly contractor support. For in-flight projects, actual contractor rates should be used in lieu of the rates shown in the tables.

**Table 9-2.  IRS and Contractor IT Labor Rates by Functional Area**

| Functional Area | Range | IRS Hourly Rates | | | TIPSS IGCE Contractor Hourly Rates | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014 | 2015 | Mapped Category | 2013 | 2014 | 2015 |
| AD (9R) | Least | | | | Applications Systems Analyst | 104.49 | 107.42 | 110.64 |
| | Likely | 76.70 | 77.19 | 78.27 | Systems SW Engineer | 116.78 | 120.05 | 123.65 |
| | Most | | | | Senior IT Specialist | 132.04 | 135.74 | 139.81 |
| EOps (9S) | Least | | | | IT Administrative Specialist | 68.65 | 70.57 | 72.69 |
| | Likely | 67.87 | 70.01 | 70.99 | IT Administrative Specialist | 68.65 | 70.57 | 72.69 |
| | Most | | | | Senior IT Admin Specialist | 82.77 | 85.09 | 87.64 |
| UNS-N (9T) | Least | | | | Network Engineer | 106.87 | 109.86 | 113.16 |
| | Likely | 72.20 | 73.25 | 74.28 | Network Engineer | 106.87 | 109.86 | 113.16 |
| | Most | | | | Telecom Engineer | 126.43* | 129.57 | 129.57 |
| UNS-D (9X) | Least | | | | Jr. IT Technician | 60.15 | 61.83 | 63.68 |
| | Likely | 62.88 | 62.77 | 63.65 | IT Technician | 77.40 | 79.57 | 81.96 |
| | Most | | | | Senior IT Technician | 96.01 | 98.70 | 101.66 |
| CS (90/9K) | Least | | | | Jr. Security Specialist | 82.75 | 85.07 | 87.62 |
| | Likely | 83.53 | 84.54 | 85.72 | Security Specialist | 109.96 | 113.04 | 116.43 |
| | Most | | | | Senior Security Specialist | 135.48 | 139.27 | 143.45 |
| ES (9U/66/67) Includes SE | Least | | | | IT Specialist | 104.00 | 106.91 | 110.12 |
| | Likely | 94.24 | 95.67 | 97.01 | Information Engineer | 124.89 | 128.39 | 132.24 |
| | Most | | | | Systems Architect | 137.04 | 140.88 | 145.11 |
| S&P (9Z) includes TMO | Least | | | | Information Engineer | 124.89 | 128.39 | 132.24 |
| | Likely | 85.96 | 88.10 | 89.33 | Information Engineer | 124.89 | 128.39 | 132.24 |
| | Most | | | | Senior IT Specialist | 132.04 | 135.74 | 139.81 |
| BSM (6D) includes PMO | Least | | | | Task/Project Manager | 161.89 | 166.42 | 171.41 |
| | Likely | 83.39 | 84.43 | 85.61 | Business SME | 186.46 | 191.68 | 197.43 |
| | Most | | | | Business SME | 186.46 | 191.68 | 197.43 |

* Note – UNS-N and TMO rates marked with an asterisk were recommended by the Functional Area.

**Table 9-3.  Composite IRS and Contractor Labor Rates for Services and Enforcement**

| Functional Area | Range | IRS Hourly Rates | | | TIPSS IGCE Contractor Hourly Rates | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2013 | 2014 | 2015 | Mapped Category | 2013 | 2014 | 2015 |
| WAGE (1K/Activity Type 5 (CSR)) | Least | 48.30 | 46.05 | 46.69 | Bus. Process Eng Specialist | 109.36 | 112.42 | 115.79 |
| | Likely | | | | | | | |
| | Most | | | | | | | |
| WAGE (BOD Composite) | Least | 75.44 | 78.40 | 79.50 | | | | |
| | Likely | | | | | | | |
| | Most | | | | | | | |
| LB&I (BOD Composite) | Least | 80.04 | 80.48 | 81.61 | Bus. Process Eng Specialist | 109.36 | 112.42 | 115.79 |
| | Likely | | | | | | | |
| | Most | | | | | | | |
| CIDV (BOD Composite) | Least | 46.00 | 52.52 | 53.26 | | | | |
| | Likely | | | | | | | |
| | Most | | | | | | | |
| SBSE (BOD Composite) | Least | 52.93 | 50.03 | 50.73 | Information Engineer | 124.89 | 128.39 | 132.24 |
| | Likely | | | | | | | |
| | Most | | | | | | | |
| TEGE (BOD Composite) | Least | 60.44 | 59.73 | 60.57 | | | | |
| | Likely | | | | | | | |
| | Most | | | | | | | |

5.  **Adjustment for Inflation** – With the exception of the Investment Summary Report, all reported costs are shown in base year 2015 dollars. The Investment Summary Report in the ISR Extract shows the inflation adjusted numbers alongside the base year numbers.

IRS Sensitive but Unclassified Information

Table 9-4 shows the EPO developed inflation index, rates, and sources for the rates. This is a "raw" index so inflation adjusted numbers are reflected in their own base year (without the multi-year spend-out implied by a weighted index).  EPO maintains complete documentation for its index in a white paper entitled "Inflation Documentation (2012-01-11 v1.1)".

6. O&M Phase Duration – O&M phase duration extends to a point five years after project initiation. Unless noted, O&M phase estimates do not include software modifications for tax law changes, legislative mandates, and moderate to large functional enhancements.

**Table 9-4.  Inflation Indices and Rates**

| FY | Indices | | Rates | | Comments |
|----|---------|---------|----------|---------|----------|
|    | IRS FTEs | Capital | IRS FTEs | Capital |          |
| 2006 | 0.860 | 0.852 | 3.30% | 3.00% | Rates from Dept. of Labor, Bureau of Labor Statistics, Employment Cost Index (ECI), for Public and Private workers |
| 2007 | 0.888 | 0.879 | 3.30% | 3.10% | |
| 2008 | 0.918 | 0.907 | 2.90% | 2.80% | |
| 2009 | 0.944 | 0.933 | 1.50% | 1.20% | |
| 2010 | 0.959 | 0.944 | 1.90% | 2.00% | |
| 2011 | 0.977 | 0.964 | 2.00% | 2.10% | |
| 2012 | 0.996 | 0.984 | 0.37% | 1.60% | Rates from Treasury Guidance via CFO's Office (12, 13 only); increase in IRS FTEs reflects frozen pay with increased value of health benefits. |
| 2013 | 1.000 | 1.000 | 0.39% | 1.60% | |
| 2014 | 1.004 | 1.016 | 1.15% | 1.60% | The FY14 IRS FTE Rate (1.15%) is a composite rate.  IRS FTE pay raises take effect in January, so EPO assumed one quarter at the low rate of increase, reflecting an increase in the value of benefits but not pay (~0.4%), and three quarters reflecting a 1.4% increase in total compensation.

The Capital rate (1.6%) was extrapolated from Dept. of Treasury guidance for FY 2013, because Treasury does not provide guidance past 2013 at this time.

The CFO's office advised that IRS FTE increases are expected to be 1.4% in 2014; EPO extrapolated for future years in the absence of additional guidance. |
| 2015 | 1.015 | 1.032 | 1.40% | 1.60% | |
| 2016 | 1.030 | 1.049 | 1.40% | 1.60% | |
| 2017 | 1.044 | 1.066 | 1.40% | 1.60% | |
| 2018 | 1.059 | 1.083 | 1.40% | 1.60% | |
| 2019 | 1.074 | 1.100 | 1.40% | 1.60% | |
| 2020 | 1.089 | 1.118 | 1.40% | 1.60% | |
| 2021 | 1.104 | 1.135 | 1.40% | 1.60% | |
| 2022 | 1.119 | 1.154 | 1.40% | 1.60% | |
| 2023 | 1.135 | 1.172 | 1.40% | 1.60% | |
| 2024 | 1.151 | 1.191 | 1.40% | 1.60% | |
| 2025 | 1.167 | 1.210 | 1.40% | 1.60% | |
| 2026 | 1.183 | 1.229 | 1.40% | 1.60% | |
| 2027 | 1.200 | 1.249 | 1.40% | 1.60% | |
| 2028 | 1.217 | 1.269 | 1.40% | 1.60% | |
| 2029 | 1.234 | 1.289 | 1.40% | 1.60% | |
| 2030 | 1.251 | 1.310 | 1.40% | 1.60% | |
| 2031 | 1.268 | 1.331 | 1.40% | 1.60% | |
| 2032 | 1.286 | 1.352 | 1.40% | 1.60% | |

# 10 Appendix B – Software Size and Development Attributes

This section defines the software components for the core functionality in the estimate and characterizes each component by the knowledge base attributes used by the SEER for Software model. The knowledge base attributes identify the set of reference items that will be used by the SEER for Software model to estimate the effort and schedule of the software components to be developed or enhanced. These settings are summarized in Table 10-1.

**Table 10-1.  Software EBS Component Sizes and Attributes**

| Software EBS Component | Effective Size | Implemented Language | Acquisition Method | Platform | Application Type | Development Method | Effective Productivity (output) |
|---|---|---|---|---|---|---|---|
| Filter Form 990 | X UFP ≈ 1,278 SLOC | Third Generation Language (3GL) | New Development | Sever | Database | Waterfall | 57 |

UFP – Unadjusted Function Points

The following notes apply to estimates developed using SEER for Software:

1. **Development Standard** – specified as IS Formal on all estimates.

2. **Data Normalization for APR Software Size** – Physical line counts obtained from the Application Program Registry (APR) and used as a basis for the software size of core functions represent physical lines of code. These sizes were normalized to logical lines for input to the SEER for Software model by reducing the sizes by 30%. The normalization is used to equate the counts to an industry standard code count by removing blank and comment lines.

3. **SEER for Software Model Calibration** – The combination of Knowledge Bases (Kbase) selections and development language, will result in a default set of parameter settings that characterize the development effort and establish an effective productivity for software development. For estimates developed during the Vision and Strategy phase, EPO maintains model default settings with the exception of the overrides shown in Table 10-2. For in-flight projects, parameters are tailored for each environment. The impact of the IRS Override on effort and schedule are shown in the last column of Table 10-2.

**Table 10-2.  Default Parameter Overrides**

| Parameter | Model Defaults | | | IRS Overrides | | | % Change | |
|---|---|---|---|---|---|---|---|---|
| | Least / Likely / Most | | | Least / Likely / Most | | | Effort | Sched |
| PLATFORM | Server | | | | | | | |
| LINES | | | | | | | | |
| Programs included in Size | 1 | | | 10k-20k per Program | | | | |
| PRODUCT DEVELOPMENT REQUIREMENTS | | | | | | | | |
| Requirements Volatility | Nom | Nom | Hi | Hi | Hi | Hi+ | 16% | 5% |
| Test Level | Low | Nom | Hi | Hi- | Hi- | Hi- | 5% | 2% |
| Rehost from Dev to Target | Nom | Nom | Nom+ | Hi- | Hi- | Hi- | 18% | 6% |
| SCHEDULE AND STAFFING | | | | | | | | |
| Min Time / Max Effort | Min Time | | | Optimal Effort | | | -29% | 19% |
| CONFIDENCE LEVEL | | | | | | | | |
| Effort Probability | 50% | | | 80% | | | 50% | 0% |
| Schedule Probability | 50% | | | 80% | | | 50% | 0% |
| REQUIREMENTS | | | | | | | | |
| Reqts Definition Formality | Vlo | Low- | Low | Hi | Hi | VHi | 7% | 13% |
| Reqts Effort after Baseline | No | | | Yes | | | 4% | 0% |

| Parameter | Model Defaults | IRS Overrides | % Change | |
|---|---|---|---|---|
| SYSTEM INTEGRATION | | | | |
| Progs Concurrently Int | 1 | 3 | 3% | 1% |

# 11  Appendix E – Acronyms

| Acronym | Definition |
|---|---|
| ACA | Affordable Care Act |
| AD | Application Development |
| APR | Application Program Registry |
| AQT | Application Qualification Testing |
| BOD | Business Operating Division |
| BOE | Basis of Estimate |
| BSAR | Business Systems Architecture Report |
| BSM | Business Systems Modernization |
| BSP | Business Systems Planning |
| C&A | Certification and Accreditation |
| CER | Cost Estimating Relationship |
| CIDV | Criminal Investigation Division |
| CFO | Chief Financial Officer |
| CL | Confidence Level |
| COTS | Commercial-Off-The-Shelf |
| CPE | Current Production Environment |
| CPU | Central Processing Unit |
| CS | Cybersecurity |
| DBA/SA | Database Administrator/Systems Administrator |
| Dev | Development |
| DITE | Development Integration and Testing Environment |
| DP | Delivery Partner |
| DR | Disaster Recovery |
| DSR | Design Specification Report |
| EA | Enterprise Architecture |
| EBS | Estimate Breakdown Structure |
| EDMO | Enterprise Data Management Office |
| ELC | Enterprise Life Cycle |
| EOps | Enterprise Operations |
| EPO | Estimation Program Office |
| ES | Enterprise Services |
| EST | Enterprise Systems Test |
| ETL | Extract, Transform and Load |
| EUP | Employee User Portal |
| FIT | Final Integration Test |
| FP | Function Point |
| FTE | Full Time Equivalent |
| FY | Fiscal Year |
| GB | Gigabytes |
| GELs | Government Equipment Lists |
| GR&A | Ground Rules and Assumptions |
| HD | Heavy Duty |
| IGCE | Independent Government Cost Estimate |
| IFS | Integrated Financial System |
| ISR | Investment Summary Report |
| IEP | IRS Enterprise Portal |
| ISR | Investment Summary Report |
| IT | Information Technology |
| JV | Journal Voucher |
| LB&I | Large Business and International Division |
| LOE | Level of Effort |
| MD | Medium Duty |
| MIPS | Millions of Instructions Per Second |
| MS | Milestone (i.e., MS3 is Milestone 3) |
| O&M | Operations and Maintenance |

| Acronym | Definition |
|---------|------------|
| OMB | Office of Management and Budget |
| PMO | Project Management Office |
| PPMO | Portal Project Management Office |
| PPT | Parallel Production and Test |
| PRD | Product Requirements Documents |
| PUP | Public User Portal |
| RADM | Requirements and Demand Management |
| RUP | Registered User Portal |
| SBSE | Small Business/Self Employed |
| S&P | Strategy and Planning (Functional Area) |
| SAN | Storage Area Network |
| SAT | System Acceptability Testing |
| SE | Solution Engineering |
| SEER | Software Evaluation and Estimation of Resources |
| SEER-IT | SEER-Information Technology |
| SEM | Strategic Enterprise Management |
| SLOC | Source Lines of Code |
| SME | Subject Matter Expert |
| S&P | Strategy & Planning |
| TAD | Technical Architecture Diagram |
| TB | Terabyte |
| TEGE | Tax Exempt Government Entity |
| TIPSS | Total Information Processing Support Services |
| TMO | Transition Management Office |
| TS | Transition State |
| UCR | Unit Cost Rate |
| UNS-D | User and Network Services - Desktop |
| UNS-N | User and Network Services - Network |
| VROM | Very Rough Order of Magnitude |
| WAGE | Wage and Investment |
| WAN | Wide Area Network |