Exibit - 1

# IRS Appropriation Enacted History

**(Dollars in Millions)**

|  | FY 2010 | FY 2011 | FY 2012 | FY 2013[1] | FY 2014 | Change from FY 2010 |
|---|---:|---:|---:|---:|---:|---:|
| Taxpayer Services | $2,278.8 | $2,274.2 | $2,239.7 | $2,122.6 | $2,122.6 | ($156.2) |
| Enforcement | 5,504.0 | 5,493.0 | 5,299.4 | 5,022.2 | 5,022.2 | (481.8) |
| Operations Support | 4,083.9 | 4,075.7 | 3,947.4 | 3,740.9 | 3,740.9 | (343.0) |
| Add-On (2-Year)[2] |  |  |  |  | 92.0 | - |
| **Subtotal** | **$11,866.7** | **$11,842.9** | **$11,486.5** | **$10,885.7** | **$10,977.7** | **($981.0)** |
| BSM | $263.9 | $263.4 | $330.2 | $312.9 | $312.9 | $49.0 |
| HITCA[3] | 15.5 | 15.5 |  |  |  | - |
| **Total Enacted Appropriations** | **$12,146.1** | **$12,121.8** | **$11,816.7** | **$11,198.6** | **$11,290.6** | **($932.0)** |
|  |  |  |  |  |  |  |
| **Total Actual FTE (Includes Seasonals)** | **94,618** | **93,906** | **89,520** | **86,310** | **84,189**[4] | **(10,429)** |

[1] Includes 0.2 percent Rescission of $23.6M and Sequestration of $594.5M.

[2] Includes additional two year funding P.L. 113-76, Sec. 109 ($34M to Taxpayer Service and $58M to Operations Support).

[3] Beginning in FY 2012, resources for HITCA were added to the Taxpayer Services Appropriation. (P.L. 112-74)

[4] Represents budgeted FTE.

**Government Exhibit 106**