| Estimate of Retrieval, Redaction, & Delivery of 9 Electronically Filed Forms 990 | | | | | |
|---|---|---|---|---|---|
| Business Unit | Cost | Direct Labor | Benefits | Overhead | Total |
| Staff |  | $3,633.24 | $1,017.31 | $1,548.48 | $6,199.03 |
| Supplies | $2.27 |  |  |  | $2.27 |
| Software |  |  |  |  |  |
|  |  |  |  |  |  |
| Total |  | $3,633.24 | $1,017.31 | $1,548.48 | $6,201.30 |

In response to a request from Counsel, staff of the Research, Analysis and Statistics (RAS) office produced an estimate of the resources necessary - on an exigent basis - to retrieve from IRS processing database, redact non-disclosable information, and deliver to a requester nine electronically-filed (XML format) Forms 990. RAS staff took on the estimation task because the TE/GE (Tax Exempt Government Entities) Exempt Organization division at that time did not staff available with knowledge of the content of the forms, programming in XML, and electronic production of data suitable for provision to an outside requester. Certain RAS staff were familiar with those processes because they currently provide programming expertise to TE/GE's Exempt Organization office as one expert group supporting TE/GE's SEIN (SOI Exempt Image Network) system, a cross-IRS-divisional production process. That programming expertise is a critical component of the TE/GE operation, but nonetheless, makes up only a small portion of the personal and IT resources employed by TE/GE for that purpose. The process estimated is one designed to provide the data with minimum delay. Therefore, the process envisioned here is, by definition, one of short duration - measured in months - because the analytical experts and subject matter experts in RAS pulled in to provide those copies on the rush basis are not well-suited to performing those tasks repeatedly and do not make up the type of staff, nor nearly the scale of staff, necessary to perform those tasks for an indeterminate time and at an substantially larger scale. Further, the IT and programming resources required to perform the tasks for a longer time and at a larger scale far exceed such resources that could be provided by RAS, a research and analytical office that does not deploy large-scale filing IT infrastructure. Such a boost in those resources could be provided only by TE/GE through an allocation of additional IRS resources, possibly traded off against other major IRS demands.

The estimated cost for RAS to retrieve all data for the nine electronically-filed Forms 990, redact non-disclosable and private information, and reformat the data into XML for delivery on CD is $6,200, or about $690 per return. The estimate includes redaction and review to prevent the release of non-disclosable taxpayer data or personal information. While this reduces the risk of releasing such information, it does not remove it entirely.

The costing detailed here only reflects the immediate cost of completing the redaction for nine electronically-filed Forms 990. The cost does not include the creation of any system or process which would allow for repeated use. Repeated requests would be best served by a formally developed automated process. Such an endeavor would be owned by TE/GE and would require the development of program specifications, creation and testing of specialty redaction software, quality review of the resulting output, and implementation of a public release mechanism. This would not including oversight costs and additional software, hardware, or measurable computing time that might be required for an automated process. Additionally, to mitigate risk, the automated process should meet FISMA (Federal Information Security Management Act) requirements and it should be supported by a dedicated, specialized staff with formal training and infrastructure to ensure the protection of personally identifiable information.

RAS - February 6, 2014



Government Exhibit
107

**Itemized Task List**

| | Cost | Hours | Series |
|---|---|---|---|
| **Software:** | | | |
| XML Spy License Cost | No cost--Enterprise (IRS-wide License for this softw | | |
| XML Spy Installation Cost--1st IT Specialist | | 0.5 | GS-0399-04-01 |
| XML Spy Installation Cost--2nd IT Specialist | | 0.5 | GS-2210-13-10 |
| **Training:** | | | |
| Redaction Training (Self Study)--1st SME | | 3 | GS-0110-14-05 |
| Redaction Training (Self Study)--2nd SME | | 3 | GS-1530-14-10 |
| **Redaction Requirements[1,2]:** | | | |
| Redaction Requirements Development | | 24 | GS-0110-14-05 |
| Redaction Requirements Quality Review | | 8 | GS-1530-14-10 |
| **Image Review:** | | | |
| Manual Review of Images--1st SME | | 1.5 | GS-0110-14-05 |
| Manual Review of Images--2nd SME | | 1.5 | GS-1530-14-10 |
| **Data Pull:** | | | |
| Magnetic Tape Pull--1st IT Specialist | | 3 | GS-2210-12-02 |
| Magnetic Tape Pull--2nd IT Specialist | | 1 | GS-2210-14-10 |
| **Redaction:** | | | |
| Manual Redaction of XML | | 4.5 | GS-0110-14-05 |
| Creation of Redacted XML Files | | 2.25 | GS-0110-14-05 |
| **Review:** | | | |
| Quality Review | | 2 | GS-1530-14-10 |
| Privacy Review | | 3 | GS-1530-14-10 |
| Managerial Review--SME Manager | | 1 | GS-1530-14-10 |
| Managerial Review--IT Manager | | 1 | GS-2210-14-10 |
| Clerical Review of Imaged Version | | 3 | GS-1531-09-05 |
| **CD Creation:** | | | |
| CD Creation: | | 0.25 | GS-0110-14-05 |
| CD Verification: | | 0.1 | GS-1530-14-10 |
| **Supplies:** | | | |
| CD Creation | | | |
| CD and Sleeve Cost | $ 0.98 | | |
| Shipping folder | $ 0.47 | | |
| Postage | $ 0.82 | | |

Notes:
SME= Subject Matter Expert

[1] XML/Data SMEs not previously trained in redaction and would need to review desk guides and II

[2] In addition to the existing redaction requirements for paper returns, manual XML redaction will require redaction requirements in addition to those outlined in IRM 3.20.12.2.3. For example, the XML data include taxpayer filing PINs and other information that should not be released.

RAS - February 6, 2014

**Instructions:** For each project, fill in the required information (light green cells) on each of the bright red colored tabs. What is entered here gets fed through to different parts of the workbook. Be sure to update grade/step/hourly rates annually, as necessary.

| Business Unit: | RAS |
|---|---|
| Agreement type: | N/A |
| Customer: | DOJ |
| Agreement / project number | N/A |
| Fiscal year: | 2014 |
| Project lead: | N/A |
| RAS Contact: | Ludlum/Rosenmerkel |
| Date of estimate (current date): | 6-Feb-13 |

| Benefits percentage: | 28.00% |
|---|---|
| Standard overhead rate: | 41.28% |

| Overhead Expenses (enter N if the cost does apply, Y if it does not) | |
|---|---|
| ADP Operations: | N |
| Communications: | N |
| Equipment Non-ADP: | Y |
| Leasehold Improvements: | Y |
| Miscellaneous Expenses: | Y |
| Moving Expenses: | Y |
| Printing: | Y |
| Rent: | N |
| Service and Supplies: | Y |
| Space and Housing: | Y |
| Training: | Y |
| Travel Operating: | Y |

| | Personnel | | | | | | |
|---|---|---|---|---|---|---|---|
| | Name | Office | Position | Grade | Step | Hourly[1][2] | Hours |
| 1 | SOI Statistician (DC)[1] | RAS | Economist | 14 | 10 | 66.19 | 17.6 |
| 2 | SOI Economist (DC)[1] | RAS | Statistician | 14 | 5 | 57.7 | 35.5 |
| 3 | DMD Supervisory IT Specialist (DC)[1] | RAS | Management | 14 | 10 | 66.19 | 1 |
| 4 | SOI Supervisory Statistician (DC)[1] | RAS | Management | 14 | 10 | 66.19 | 1 |
| 5 | DMD IT Trainee (DC)[1] | RAS | Trainee | 4 | 1 | 16.70 | 0.5 |
| 6 | DMD IT Specialist (DC)[1] | RAS | IT Specialist | 13 | 10 | 56.01 | 0.5 |
| 7 | DMD IT Specialist (UT)[2] | RAS | IT Specialist | 14 | 10 | 60.83 | 1 |
| 8 | DMD IT Specialist (DC)[1] | RAS | IT Specialist | 12 | 2 | 37.44 | 3 |
| 9 | W&I Statistical Assistant (UT)[2] | W&I | Statistical Assistant | 9 | 5 | 26.02 | 3 |

[1] http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/salary-tables/14Tables/html/DCB_h.aspx
[2] http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/salary-tables/14Tables/html/RUS_h.aspx

RAS - February 6, 2014

| Business Unit | RAS |
|---|---|
| Agreement Type | N/A |
| Requesting Agency or Customer | DOJ |
| Agreement Number | N/A |
| Fiscal Year Period of Performance | 2014 |
| Date of Estimate: | 2/6/13 |

| | | | |
|---|---|---|---|
| Direct Labor [1] | $4,650.55 | | |
| Direct Non-Labor [2] | $2.27 | | |
| Indirect Cost [3] | $1,548.48 | **Overhead Rate** | |
| Total Agreement Costs | **$6,201.30** | **33.30%** | |

[1] Labor directly attributed to completing the work.

[2] Material directly attributed to completing the work

[3] Total Labor and Non-Labor Overhead costs calculated on Overhead Worksheet

**Detailed Direct Cost Breakdown**

**Direct Labor**

| | BU Offices | Employee Name | GS | Step | Basis of Estimate | Hours/Days /Months | Labor Rate or Time | Direct Labor Cost |
|---|---|---|---|---|---|---|---|---|
| 1 | RAS | Economist | 14 | 10 | Hourly | 17.6 | $66.19 | 1,164.94 |
| 2 | RAS | Statistician | 14 | 5 | Hourly | 35.5 | $57.70 | 2,048.35 |
| 3 | RAS | Management | 14 | 10 | Hourly | 1 | $66.19 | 66.19 |
| 4 | RAS | Management | 14 | 10 | Hourly | 1 | $66.19 | 66.19 |
| 5 | RAS | Trainee | 4 | 1 | Hourly | 0.5 | $16.70 | 8.35 |
| 6 | RAS | IT Specialist | 13 | 10 | Hourly | 0.5 | $56.01 | 28.01 |
| 7 | RAS | IT Specialist | 14 | 10 | Hourly | 1 | $60.83 | 60.83 |
| 8 | RAS | IT Specialist | 12 | 2 | Hourly | 3 | $37.44 | 112.32 |
| 9 | W&I | Statistical Assistant | 9 | 5 | Hourly | 3 | $26.02 | 78.06 |
| | **Benefits** | | | | | 28% of Salary | | 1,017.31 |
| | | | | | | | **Total** | 4,650.55 |

**Direct Non-Labor**

| | BU Offices | Description | | | Basis of Estimate | Quantity | Rate | Total Direct Materials |
|---|---|---|---|---|---|---|---|---|
| 1 | RAS | CD and Sleeve Cost | | | | 1 | $ 0.98 | $ 0.98 |
| 2 | RAS | Shipping folder | | | | 1 | $ 0.47 | $ 0.47 |
| 3 | RAS | Postage | | | | 1 | $ 0.82 | $ 0.82 |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| | | | | | | | **Total** | $ 2.27 |

RAS - February 6, 2014

# FY 2014 Reimbursable Overhead Worksheet

| Business Unit: | RAS |
|---|---|
| Reimbursable Name: | Estimate of Retrieval, Redaction, & Delivery of 9 Forms 990 |
| Direct Labor Cost: | $ 4,650.55 |

| Category considered for exemption | Exemption Yes or No | Standard Overhead Rate | Customized Overhead Rate | Overhead Cost | Reason for Exemption |
|---|---|---|---|---|---|
| **Labor- Sustaining Organizations** | **N/A** | **16.28%** | **16.28%** | **757.07** | **N/A** |
| Agency-Wide Shared Services | N/A | 2.89% | 2.89% | 134.19 | N/A |
| Communications & Liaison | N/A | 0.19% | 0.19% | 8.77 | N/A |
| Chief Financial Officer | N/A | 0.42% | 0.42% | 19.64 | N/A |
| Executive Leadership & Direction | N/A | 0.92% | 0.92% | 42.99 | N/A |
| Human Capital Officer | N/A | 1.60% | 1.60% | 74.45 | N/A |
| Information Technology | N/A | 8.76% | 8.76% | 407.48 | N/A |
| Privacy, Governmental Liaison, & Disclosure | N/A | 0.43% | 0.43% | 20.16 | N/A |
| Unemployment Compensation | N/A | 1.06% | 1.06% | 49.40 | N/A |
| **Non-Labor** | | | | | |
| ADP Operations | No | 8.10% | 8.10% | 376.67 | |
| Communications | No | 2.22% | 2.22% | 103.40 | |
| Equipment Non-ADP | Yes | 0.08% | - | 0.00 | |
| Leasehold Improvements | Yes | 0.24% | - | 0.00 | |
| Miscellaneous Expenses | Yes | 1.83% | - | 0.00 | |
| Moving Expenses | Yes | 0.00% | - | 0.00 | |
| Printing | Yes | 0.22% | - | 0.00 | |
| Rent | No | 6.69% | 6.69% | 311.35 | |
| Service and Supplies | Yes | 3.32% | - | 0.00 | |
| Space and Housing | Yes | 1.80% | - | 0.00 | |
| Training | Yes | 0.30% | - | 0.00 | |
| Travel Operating | Yes | 0.20% | - | 0.00 | |
| **Total Percentage of Overhead** | | 41.28% | 33.30% | 1,548.48 | |

**Full Exemption** (to request a full exemption, please provide justification below.

**Signature**

**Jason Bumiller**
Director, Budget Execution
Corporate Budget

RAS - February 6, 2014