THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Email: ronnielondon@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434
Email: davidhalperindc@gmail.com

DAN LAIDMAN (State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: danlaidman@dwt.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No. **3:13-CV-2789**<br>Assigned to the Hon. William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PUBLIC.RESOURCE.ORG'S CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: January 7, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 17th Floor |

DAVIS WRIGHT TREMAINE LLP

1  The Cross-Motions for Summary Judgment of Plaintiff Public.Resource.Org, Inc. ("Public.Resource") and Defendant Internal Revenue Service ("IRS") came on regularly for hearing on January 7, 2015, at 2:00 p.m., in Courtroom 2 of the above-entitled Court. Having reviewed and considered the Cross-Motions and all other papers submitted, and having heard the arguments of the parties, IT IS HEREBY ORDERED that the Cross-Motion of Public.Resource is GRANTED, and the Motion of the IRS is DENIED.

7  The Court finds that the nine IRS Form 990 tax returns requested by Public.Resource are readily reproducible in machine-readable Modernized e-File ("MeF") format, and therefore must be produced to Public.Resource in that format pursuant to 5 U.S.C. § 552(a)(3)(B). The IRS is directed to make available to Public.Resource machine-readable, MeF-formatted Form 990s for the nine tax-exempt organizations that Public.Resource requested through its FOIA request, within 15 days of this Order.

13  IT IS SO ORDERED.

15  DATED: _____

Hon. William H. Orrick
United States District Judge

DAVIS WRIGHT TREMAINE LLP

[PROPOSED] ORDER
DWT 24905395v1 0200593-000001