EXHIBIT A

**Style Sheet to Redact a Specific Element**

```xml
<?xml version="1.0" encoding="UTF-8"?>
<!-- Invoke this style sheet using a tool such as xsltproc
xsltproc --output output.xml redact.xslt Example_TransmissionWithConsolidatedReturn.xml
--> →

<xsl:stylesheet
  xmlns:irs="http://www.irs.gov/efile"
  xmlns:xs="http://www.w3.org/2001/XMLSchema"
  xmlns:xsl="http://www.w3.org/1999/XSL/Transform"
  xmlns:xsd="http://www.w3.org/2001/XMLSchema"
  version="1.0">

<!-- Provides default behavior that copies all content into the output -->
        <xsl:template match="@*|node()">
        <xsl:copy>
        <xsl:apply-templates select="@*|node()"/>
        </xsl:copy>
        </xsl:template>

<!-- Null line removes the named element -->
        <xsl:template match="irs:IRS1120LScheduleB" />
```

**EXHIBIT A**