THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Email: ronnielondon@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434
Email: davidhalperindc@gmail.com

DAN LAIDMAN (State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: danlaidman@dwt.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>         Plaintiff,<br><br>     v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>         Defendant. | Case No. 3:13-CV-02789-WHO<br><br>**DECLARATION OF SCOTT KLEIN** |

DAVIS WRIGHT TREMAINE LLP

I, Scott Klein, declare as follows:

1. Since 2008, I have worked for ProPublica, where I am an Assistant Managing Editor. From 1998 to 2008, I worked in several capacities at The Nation. I have personal knowledge of the matters stated in this declaration and could competently testify to them if called as a witness.

2. ProPublica is a nonprofit news organization that produces investigative journalism in the public interest. ProPublica was awarded the 2011 Pulitzer Prize for National Reporting, a 2010 Pulitzer Prize for Investigative Reporting and a Peabody Award (the highest honor in broadcast journalism) in 2013. ProPublica can be found at http://www.propublica.org/.

3. From 2009 through 2011, I also served as President and Co-founder of DocumentCloud. DocumentCloud is an online service that helps journalists work with primary source documents. DocumentCloud is now used by more than 900 newsrooms around the world and contains 17 million pages of documents, including many instances of the Form 990. DocumentCloud may be found at http://www.documentcloud.org/home.

4. We were able to create DocumentCloud after being awarded a grant from the John S. and James L. Knight Foundation, as a winner of a competition called the Knight News Challenge, which is designed to accelerate media innovation by funding breakthrough ideas. The Knight News Challenge can be found at https://www.newschallenge.org/.

5. At ProPublica, we make extensive use of the Form 990 in researching stories. We have also created an interactive database called "Nonprofit Explorer," which allows individuals to quickly search over 1.1 million Form 990s. The Nonprofit Explorer can be found at http://projects.propublica.org/nonprofits/.

6. Lack of availability of the Form 990 in machine-processable formats, that is in Modernized e-File (MeF) format instead of a scanned document or other bitmap format, is a substantial impediment in our work. With scanned and bitmap images, reporters must leaf through the Form 990s by hand and then re-enter data into analysis tools such as a database management system or a spreadsheet program.

Declaration of Scott Klein

DWT 24875494v1 0200593-000001

DAVIS WRIGHT TREMAINE LLP

7. While Optical Character Recognition (OCR) is used in systems such as DocumentCloud to recognize text in documents, OCR is a slow and cumbersome process and is subject to errors. This is particularly true with low-resolution bitmap images, such as those released for the Form 990.

8. Availability of returns in MeF format would permit our programmers and journalists to easily, accurately, and systematically put information from the Form 990 into analysis tools. Availability of returns in MeF format would make it much easier for ProPublica and all journalists to report on a single nonprofit as well as to write stories that systematically examine a large number of returns.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 23rd day of September, 2014 at New York, N.Y.

                                             /s/ Scott Klein
                                             SCOTT KLEIN

DAVIS WRIGHT TREMAINE LLP

3

Declaration of Scott Klein

DWT 24875494v1 0200593-000001