THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         thomasburke@dwt.com

RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC  20006
Telephone:     (202) 973-4200
Email:         ronnielondon@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC  20005
Telephone:     (202) 905-3434
Email:         davidhalperindc@gmail.com

DAN LAIDMAN (State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone:     (213) 633-6800
Facsimile:     (213) 633-6899
Email:         danlaidman@dwt.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>　　　　　Defendant. | Case No. 3:13-CV-02789-WHO<br><br>**DECLARATION OF KEN BERGER** |

I, Ken Berger, declare as follows:

1. Since 2008, I have been the President and CEO of Charity Navigator, a 501(c)(3) nonprofit with a mission of helping charitable givers and social investors make more intelligent giving decisions by providing information and evaluating the financial health, accountability, and transparency of over 7,500 charities. I have personal knowledge of the matters stated in this declaration and could competently testify to them if called as a witness.

2. Our web site has had over 6.9 million visits in 2013 and we estimate that our service influences the decisions of donors for approximately $10 billion of their charitable donations each year.

3. Our ratings examine the financial health, accountability & transparency, and results reporting of the nonprofits we evaluate.

4. In preparing our analysis and our ratings, we make intensive use of the Form 990 to evaluate the charities we are rating and to compare their performance to other similar nonprofit organizations.

5. Information we gather from the Form 990 helps us analyze the independence of the board, look for material diversion of assets, evaluate if the organization has prepared audited financials by an independent accountant with an audit oversight committee, examine if there are any loan(s) to or from related parties, whether the form 990 was provided to the organization's governing body in advance of filing, whether the organization has a conflict of interest policy, a whistleblower policy, and records retention and destruction policy. We also carefully examine the CEO and other executive salaries, the process for determining CEO compensation, and the board listing and any compensation for board members.

6. Many of the nonprofits we examine are either required to e-file their returns (i.e. over $10 million in annual gross receipts) or have chosen to do so (i.e. the remainder of those we examine are over $1 million in annual gross receipts).

7. We work with the image format of the Form 990, which has substantial disadvantages. The images automatically created by the IRS from e-file returns are low-resolution and small font sizes, which means they are hard to read. Because the numbers and other data are

difficult to read, when we retype this information into our own spreadsheets and databases, errors get introduced and we are forced to double and triple check our data entry work. However, errors are still introduced. Because the data we enter comes from low-resolution image files, the process is very tedious. In addition, the cost of manual data entry is vastly higher than simply importing digitized information which in turn limits our capacity to rate as many charities as we would like so as to further assist charitable givers.

8. Release of the e-file version of the Form 990 would be of great benefit to us and others who regularly analyze non-profit organizations. Release of e-file versions of the Form 990 would also permit us to perform a much broader comparative analysis on topics such as CEO compensation and results reporting.

9. We have carefully followed the evolution of the IRS e-file programs since they began to require this procedure for larger charities in 2004. It has always been our expectation that because the Form 990 is intended for public inspection that the e-file version of these returns would be released. Only releasing this information in image format has a substantial negative effect on the accountability and effectiveness of the nonprofit sector of our economy as well as on the access to meaningful analysis by the donors who support the work of the sector.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 26th day of September, 2014 at Glen Rock, NJ.

KEN BERGER

3

Declaration of Ken Berger
DWT 24747657v1 0200593-000001