THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Email: ronnielondon@dwt.com

DAN LAIDMAN (State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: danlaidman@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434
Email: davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization, | Case No. 3:13-CV-02789-WHO |
| Plaintiff, | **DECLARATION OF PETER SKOMOROCH** |
| v. | |
| UNITED STATES INTERNAL REVENUE SERVICE, | |
| Defendant. | |

DAVIS WRIGHT TREMAINE LLP

1

I, Peter Skomoroch, I, declare as follows:

1.     I am an equity partner at Data Collective, a venture capital firm in Silicon Valley.  I have personal knowledge of the matters stated in this declaration and could competently testify to them if called as a witness.

2.     From 2009 to 2013, I was a Principal Data Scientist at LinkedIn, the world's largest professional network on the Internet with more than 313 million members in over 200 countries and territories.  At LinkedIn, I helped the company build tools that allows individuals and companies to build profiles of their skills and interests.  For example, the IRS maintains a profile page about LinkedIn at https://www.linkedin.com/company/4922.

3.     As part of my work as a Data Scientist, I helped LinkedIn develop algorithms that provided users of our site relevant information when they do searches.  In addition to the information provided by the companies and individuals directly, we used a variety of outside sources of information to help determine relevance.

4.     Directories of business information are very helpful in developing these types of algorithms.  The IRS Exempt Organizations database is particularly important for the nonprofit sector, but the fact that the data is released as bitmap images (scans) makes it much harder to take advantage of this information.

5.     The IRS Modernized e-File (MeF) format consists of Form 990 information coded in the XML markup syntax, a format that is significantly easier to work with to extract information.

6.     Extracting information about companies is a common task for a large number of established and startup companies in Silicon Valley.  For example, if you search for "american national standards institute" on Google, you will receive sidebar about the company which includes information from the Wikipedia entry, as well as the Tax ID, the date it was founded, the name of the CEO, and the tax deductibility code which is 501(c)(3).

7.     Rudimentary information about nonprofit companies can be found in the IRS Exempt Organizations Business Master File. This file can be found at

Declaration of Peter Skomoroch
DWT 24854194v1 0200593-000001

DAVIS WRIGHT TREMAINE LLP

1   http://www.irs.gov/Charities-&-Non-Profits/Exempt-Organizations-Business-Master-File-Extract-

2   EO-BMF.

3       8.      The Master File contains a few useful fields about organizations, including their

4   address, income, and assets.  A description of the fields in the Master File can be found at

5   http://www.irs.gov/pub/irs-soi/eo_info.pdf.

6       9.      If individual returns in MeF format were made available, much more information

7   about organizations could be extracted and this information would be of great use to a number of

8   companies providing information on the Internet.

9       10.     The XML format on which Modernized e-File (MEF) is based is a well-known

10  format for programmers. It would be very simple to parse information in these files and use them

11  in web-based services.

12      11.     Working with the information currently released, which is in the form of bitmap

13  images, is much more difficult.  Optical Character Recognition is difficult to use with low-

14  resolution TIFF images, which is what the IRS returns are released as.  OCR is subject to

15  recognition errors and it is difficult to parse individual fields accurately.  Data in MeF format is

16  not subject to these limitations.

17      12.     I believe that the Exempt Organizations database is a valuable of source of business

18  information for an important sector and that information can be used to provide better directory,

19  search, and information services on the Internet.  Providing the information in MeF format would

20  make the creation of those services significantly easier and more powerful.

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

Declaration of Peter Skomoroch
DWT 24854194v1 0200593-000001



Figure 1: Example of a search on Google for "American National Standards Institute

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 23rd day of September, 2014 at San Francisco, California.

*/s/ Peter Skomoroch*
PETER SKOMOROCH

DAVIS WRIGHT TREMAINE LLP

Declaration of Peter Skomoroch
DWT 24854194v1 0200593-000001