IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PUBLIC.RESOURCE.ORG,                       )
                                           )      Case No. 13-cv-02789-WHO
            Plaintiff,                     )
                                           )      **PROPOSED ORDER**
            v.                             )
                                           )
UNITED STATES                              )
INTERNAL REVENUE SERVICE,                  )
                                           )
            Defendant.                     )
_____)

        And now, this ___ day of _____, 2015, on consideration of

Defendant's opposition to Plaintiff's cross-motion for summary judgment, it is ORDERED that

the motion is DENIED.


                                    _____
                                    UNITED STATES DISTRICT JUDGE