THOMAS R. BURKE (CA State Bar No. 141930)
RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Phone: (415) 276-6500/Fax: (415) 276-6599
Email:         thomasburke@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Phone: (213) 633-6800/Fax: (213) 633-6899
Email:         danlaidman@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone:    (202) 905-3434
Email:        davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

MELINDA HAAG
United States Attorney
TAMARA W. ASHFORD
Acting Assistant Attorney General, Tax Division
YONATAN GELBLUM (CA State Bar No. 254297)
CHRISTOPHER W. SANDERS
Trial Attorneys, Tax Division, U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Yonatan.Gelblum@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>             Defendant. | Case No. 13-cv-02789 WHO<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

1
STIPULATION AND ORDER RESCHEDULING HEARING ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No. 13-cv-02789-WHO

12089210.1

The parties, through their respective counsel of record, submit the following stipulation and request that the Court issue an order as requested:

WHEREAS, on August 13, 2014, defendant United States Internal Revenue Service ("IRS") filed a Motion for Summary Judgment ("the Motion");

WHEREAS, on September 29, 2014, plaintiff Public.Resource.Org filed a Cross-Motion for Summary Judgment ("the Cross-Motion");

WHEREAS, the Motion and Cross-Motion are scheduled for hearing on January 7, 2015;

WHEREAS, at Defendant's request, Plaintiff has agreed to stipulate under N.D. Cal. L.R. 6.1(a)(1) & 7-7(b)(1) to reschedule the hearing to January 14, 2015;

NOW THEREFORE, IT IS HEREBY STIPULATED THAT:

The hearing on the Motion and Cross Motion is rescheduled to **January 14, 2015**.

IT IS SO STIPULATED.

DATED this 13th day of November, 2014.

| | |
|---|---|
| MELINDA HAAG<br>United States Attorney<br>TAMARA W. ASHFORD<br>Acting Assistant Attorney General, Tax Division<br>YONATAN GELBLUM<br>Trial Attorney, Tax Division<br>    By: /s/ Yonatan Gelblum<br>    YONATAN GELBLUM<br>    CHRISTOPHER W. SANDERS<br><br>Attorneys for Defendant United States Internal Revenue Service | DAVIS WRIGHT TREMAINE LLP<br><br>By: /s/ Thomas R. Burke<br>THOMAS R. BURKE<br>Attorneys for Plaintiff Public.Resource.Org |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Yonatan Gelblum, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Yonatan Gelblum
Yonatan Gelblum

STIPULATION AND ORDER RESCHEDULING HEARING ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No. 13-cv-02789-WHO

12089210.1

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the foregoing is approved and IT IS SO ORDERED.

Date: November 18, 2014

_____
United States District Court Judge

DAVIS WRIGHT TREMAINE LLP

3
STIPULATION AND ORDER RESCHEDULING HEARING ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case No. 13-cv-02789-WHO

12089210.1