UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** January 14, 2015 | **Time:** 16 minutes<br>2:05 p.m. to 2:21 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 13-cv-02789-WHO | **Case Name:** Public.Resource.org v. United States Internal Revenue Service | |

**Attorney for Plaintiff:** Thomas Burke
**Attorney for Defendant:** Yonatan Gelblum

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

PROCEEDINGS

Parties heard as to cross motions for summary judgment.  Court tentatively indicates that plaintiff's motion for summary judgment will be granted and defendant's will be denied.  Corrected declaration of Dwayne Ross to be filed by defense within one week.  Motions taken under submission; written order to follow.