UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC.RESOURCE.ORG,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No. 13-cv-02789-WHO<br><br>**JUDGMENT** |

Having granted plaintiff's motion for summary judgment and denied defendant's motion for summary judgment, judgment is entered accordingly.

**IT IS SO ORDERED**.

Dated: January 29, 2015

WILLIAM H. ORRICK
United States District Judge