THOMAS R. BURKE (CA State Bar No. 141930)
RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Phone: (415) 276-6500/Fax: (415) 276-6599
Email:      thomasburke@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
Phone: (213) 633-6800/Fax: (213) 633-6899
Email:      danlaidman@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC  20005
Telephone:      (202) 905-3434
Email:          davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

MELINDA HAAG
United States Attorney
CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General, Tax Division
CHRISTOPHER W. SANDERS
Trial Attorneys, Tax Division, U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Christopher.W.Sanders@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No. 13-cv-02789 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS** |

DAVIS WRIGHT TREMAINE LLP

1

DAVIS WRIGHT TREMAINE LLP

1   The parties, through their respective counsel of record, submit the following stipulation

2   and request that the Court issue an order as requested:

3   WHEREAS, on January 29, 2015, this Court granted the Motion for Summary Judgment

4   of Plaintiff Public.Resource.Org, denied the Motion for Summary Judgment of Defendant United

5   States Internal Revenue Service, and entered Judgment in favor of Plaintiff;

6   WHEREAS, Plaintiff intends to move to recover attorneys' fees and costs pursuant to 5

7   U.S.C. § 552(a)(4)(E);

8   WHEREAS, under Federal Rule of Civil Procedure 54(d) and Northern District Local Rule

9   54-5, Plaintiff's Fee Motion is currently due by February 12, 2015;

10   WHEREAS, the parties agree that an extension of Plaintiff's deadline to file a Fee Motion

11   might help to facilitate a resolution of the fee issue that would not require a motion;

12   NOW THEREFORE, IT IS HEREBY STIPULATED THAT:

13   1.  Plaintiff's deadline to file a motion to recover attorneys' fees and costs shall be

14   extended until March 16, 2015.

15   IT IS SO STIPULATED.

16   DATED this 9th day of February, 2015.

DAVIS WRIGHT TREMAINE LLP

17   MELINDA HAAG
18   United States Attorney                    By: /s/ Thomas R. Burke
     CAROLINE D. CIRAOLO                       THOMAS R. BURKE
19   Principal Deputy Assistant Attorney General,   Attorneys for Plaintiff Public.Resource.Org
     Tax Division
20   CHRISTOPHER W. SANDERS
     Trial Attorney, Tax Division
21   By: /s/ Christopher W. Sanders
     CHRISTOPHER W. SANDERS
22   Attorneys for Defendant United States Internal
23   Revenue Service

24
25   **ATTESTATION PURSUANT TO GENERAL ORDER 45**

     I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have
26
     been obtained from each of the signatories.
27
                              /s/ Thomas R. Burke
28                            Thomas R. Burke

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

## **[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the foregoing is approved and IT IS SO ORDERED.


Date: _____          _____

United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS
Case No. 13-cv-02789-WHO

DWT 26084116v1 0200593-000001
12372969.1