1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4
   KATIE BURROUGHS MEDEARIS (CABN 262539)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3704
        FAX: (510) 637-3724
7       katie.medearis@usdoj.gov

8  Attorneys for United States of America

9                           UNITED STATES DISTRICT COURT
10                         NORTHERN DISTRICT OF CALIFORNIA
11                               SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           ) Case No.15-CR-0053-WHO
14                                      )
          Plaintiff,                    )
15                                      ) STIPULATION AND ORDER RESCHEDULING
                v.                      ) THE CHANGE OF PLEA FROM FEBRUARY 12,
16                                      ) 2015 TO MARCH 19, 2015 AND EXCLUDING
    ORACIO TAPIA,                       ) TIME UNDER SPEEDY TRIAL ACT
17                                      )
          Defendant.                    )
18                                      )
                                        )
19                                      )

20

21                                    **STIPULATION**

22      Defendant Oracio Tapia (hereafter, the "Defendant") was charged on January 22, 2015 by

23  Information with Conspiracy to Distribute and Possess With the Intent to Distribute Methamphetamine.

24  The parties have reached a pretrial resolution, but require additional time before the next appearance to

25  finalize the language and terms of the proposed plea agreement, as well as to allow time for defense

26  counsel to confer with his in-custody client regarding the draft agreement.  As such, the parties ask the

27  Court to continue this matter to March 19, 2015 or a date as soon thereafter as the Court's schedule

28  allows.

STIP. AND ORDER
15-CR-0053-WHO                                    1

1  The parties further request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161,
2 between January 22, 2105 and March 19, 2015 to allow for the effective preparation of counsel and
3 continuity of counsel, as defense counsel is unavailable for the multiple weeks in February, 2015.
4  IT IS SO STIPULATED.
5 DATED: February 9, 2015

|  | /s/ |
|---|---|
|  | KATIE BURROUGHS MEDEARIS |
|  | Assistant United States Attorney |

|  | /s/ |
|---|---|
|  | STEVEN KALAR |
|  | Counsel for Oracio Tapia |

STIP. AND ORDER
15-CR-0053-WHO                2

**ORDER**

For the reasons stated by the parties, the Court finds that the aforementioned request is supported by good cause. Court therefore grants the parties' request to reschedule the change of plea from February 12, 2015 to March 19, 2015 and excludes time between such dates under the Speedy Trial Act. 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: February 9, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge