DAVIS WRIGHT TREMAINE LLP

1  THOMAS R. BURKE (CA State Bar No. 141930)
   RONALD G. LONDON (Pro Hac Vice)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California  94111
   Phone: (415) 276-6500/Fax: (415) 276-6599
4  Email:         thomasburke@dwt.com

5  DAN LAIDMAN (CA State Bar No. 274482)
   DAVIS WRIGHT TREMAINE LLP
6  865 South Figueroa Street, Suite 2400
   Los Angeles, CA  90017-2566
7  Phone: (213) 633-6800/Fax: (213) 633-6899
   Email:         danlaidman@dwt.com

8  DAVID HALPERIN (Pro Hac Vice)
   1530 P Street NW
9  Washington, DC  20005
   Telephone:     (202) 905-3434
10 Email:         davidhalperindc@gmail.com

11 Attorneys for Plaintiff Public.Resource.Org

12 MELINDA HAAG
   United States Attorney
13 CAROLINE D. CIRAOLO
   Principal Deputy Assistant Attorney General, Tax Division
14 CHRISTOPHER W. SANDERS
   Trial Attorneys, Tax Division, U.S. Department of Justice
15 Post Office Box 227, Ben Franklin Station
   Washington, D.C. 20044
16 Phone: (202) 616-1840/Fax: (202) 514-6866
   Email: Christopher.W.Sanders@usdoj.gov
17
   Attorneys for Defendant United States Internal Revenue Service
18
                    IN THE UNITED STATES DISTRICT COURT
19
                    THE NORTHERN DISTRICT OF CALIFORNIA
20
                              SAN FRANCISCO DIVISION
21

22 PUBLIC.RESOURCE.ORG., a California non-profit organization,   )   Case No. 13-cv-02789 WHO
23                                                               )
                           Plaintiff,                            )   **STIPULATION AND ORDER**
24                                                               )   **EXTENDING PLAINTIFF'S TIME TO**
            v.                                                   )   **MOVE TO RECOVER ATTORNEYS'**
25                                                               )   **FEES AND COSTS**
   UNITED STATES INTERNAL REVENUE                                )
26 SERVICE,                                                      )
                                                                 )
27                         Defendant.                            )
                                                                 )
28

---

1
STIPULATION AND ORDER EXTENDING TIME TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS
Case No. 13-cv-02789-WHO

DWT 26130492v1 0200593-000001

The parties, through their respective counsel of record, submit the following stipulation and request that the Court issue an order as requested:

WHEREAS, on January 29, 2015, this Court granted the Motion for Summary Judgment of Plaintiff Public.Resource.Org, denied the Motion for Summary Judgment of Defendant United States Internal Revenue Service, and entered Judgment in favor of Plaintiff;

WHEREAS, Plaintiff intends to move to recover attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E);

WHEREAS, under Federal Rule of Civil Procedure 54(d) and Northern District Local Rule 54-5, Plaintiff's Fee Motion is currently due by February 12, 2015;

WHEREAS, the parties agree that an extension of Plaintiff's deadline to file a Fee Motion might help to facilitate a resolution of the fee issue that would not require a motion;

NOW THEREFORE, IT IS HEREBY STIPULATED THAT:

1. Plaintiff's deadline to file a motion to recover attorneys' fees and costs shall be extended until March 16, 2015.

IT IS SO STIPULATED.

DATED this __th day of February, 2015.

MELINDA HAAG
United States Attorney
CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General,
Tax Division
CHRISTOPHER W. SANDERS
Trial Attorney, Tax Division
By: /s/ Christopher W. Sanders
CHRISTOPHER W. SANDERS
Attorneys for Defendant United States Internal Revenue Service

DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke
THOMAS R. BURKE
Attorneys for Plaintiff Public.Resource.Org

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Thomas R. Burke
Thomas R. Burke

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the foregoing is approved and IT IS SO ORDERED.

Date: February 10, 2015

_____
United States District Court Judge

DAVIS WRIGHT TREMAINE LLP

STIPULATION AND ORDER EXTENDING TIME TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS
Case No. 13-cv-02789-WHO

DWT 26130492v1 0200593-000001