THOMAS R. BURKE (CA State Bar No. 141930)
RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Phone: (415) 276-6500/Fax: (415) 276-6599
Email:         thomasburke@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
Phone: (213) 633-6800/Fax: (213) 633-6899
Email:         danlaidman@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC  20005
Telephone:    (202) 905-3434
Email:        davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

MELINDA HAAG
United States Attorney
CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General, Tax Division
CHRISTOPHER W. SANDERS
Trial Attorneys, Tax Division, U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Christopher.W.Sanders@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>                    Plaintiff,<br><br>       v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>                    Defendant. | Case No. 13-cv-02789 WHO<br><br>**SECOND STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS** |

The parties, through their respective counsel of record, submit the following stipulation and request that the Court issue an order as requested:

WHEREAS, on January 29, 2015, this Court granted the Motion for Summary Judgment of Plaintiff Public.Resource.Org, denied the Motion for Summary Judgment of Defendant United States Internal Revenue Service, and entered Judgment in favor of Plaintiff;

WHEREAS, Plaintiff intends to move to recover attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E);

WHEREAS, on February 10, 2015, this Court entered an order extending Plaintiff's deadline to bring a Fee Motion until March 16, 2015, pursuant to a stipulation of the parties;

WHEREAS, the parties are still working to resolve the fee issue, and agree that an additional 30-day extension of Plaintiff's deadline to file a Fee Motion might help to facilitate a resolution without burdening the Court or parties with a motion;

NOW THEREFORE, IT IS HEREBY STIPULATED THAT:

1. Plaintiff's deadline to file a motion to recover attorneys' fees and costs shall be extended until April 15, 2015.

IT IS SO STIPULATED.

DATED this 6th day of March, 2015.

MELINDA HAAG
United States Attorney
CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General, Tax Division
CHRISTOPHER W. SANDERS
Trial Attorney, Tax Division
By: /s/ Christopher W. Sanders
CHRISTOPHER W. SANDERS
Attorneys for Defendant United States Internal Revenue Service

DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke
THOMAS R. BURKE
Attorneys for Plaintiff Public.Resource.Org

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Thomas R. Burke, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Thomas R. Burke
Thomas R. Burke

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the foregoing is approved and IT IS SO ORDERED.

Date: March 9, 2015

United States District Court Judge