

Suite 800
505 Montgomery Street
San Francisco, CA 94111-6533

**Thomas R. Burke**
(415) 276-6552 tel
(415) 276-6559 fax

thomasburke@dwt.com

March 23, 2015

Hon. William H. Orrick
United States District Court
 for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Case No. 3:13-cv-02789-WHO
      Public.Resource.Org v. United States Internal Revenue Service

Dear Judge Orrick:

On behalf of our client, Public.Resource.Org, we respectfully request that the Court have its January 29, 2015 order (Dkt. No. 62) granting plaintiff's Cross Motion for Summary Judgment published in the official reporter. The Court's order will be immensely helpful to other courts and practitioners in this area of the law.

We appreciate the Court's consideration of this request.

Sincerely,

Davis Wright Tremaine LLP

Thomas R. Burke

cc:   Christopher W. Sanders, Esq.

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.
DWT 26392930v1 0200593-000001

www.dwt.com