# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 02/2015)

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Chris Sanders |
| 1b. ATTORNEY NAME (if different) | |
| 2a. CONTACT PHONE NUMBER | (202) 616-1840 |
| 2b. ATTORNEY PHONE NUMBER | |
| 3. CONTACT EMAIL ADDRESS | christopher.w.sanders@usdoj.gov |
| 3. ATTORNEY EMAIL ADDRESS | |
| 4. MAILING ADDRESS | 555 4th St NW, Washington, D.C. 20001 |
| 5. CASE NAME | Public.Resource.Org v. United States Internal Revenue |
| 6. CASE NUMBER | 13-cv-2789 |
| 7. COURT REPORTER NAME | ☑ FTR |

**8. THIS TRANSCRIPT ORDER IS FOR:**
☑ APPEAL  ☐ CRIMINAL
☐ NON-APPEAL  ☑ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED**

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION |
|---|---|---|---|
| 06/18/0201 | WHO | Motion | |
| 01/14/2015 | WHO | Motio | |

b. SELECT FORMAT(S) — PDF (email) / TEXT/ASCII (email) / PAPER / CONDENSED (email) / ECF ACCESS (web)

Row 1: PAPER selected
Row 2: PAPER selected

c. DELIVERY TYPE — ORDINARY (30-day) / 14-Day / EXPEDITED (7-day) / DAILY (Nextday) / HOURLY (2 hrs) / REALTIME

Row 1: 14-Day selected
Row 2: 14-Day selected

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Christopher W. Sanders
12. DATE: 03/25/2015

DISTRIBUTION: ☐ COURT COPY  ☐ TRANSCRIPTION COPY  ☐ ORDER RECEIPT  ☐ ORDER COPY