THOMAS R. BURKE (CA State Bar No. 141930)
RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Phone: (415) 276-6500/Fax: (415) 276-6599
Email: thomasburke@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Phone: (213) 633-6800/Fax: (213) 633-6899
Email: danlaidman@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434
Email: davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

MELINDA HAAG
United States Attorney
CAROLINE D. CIRAOLO
Acting Assistant Attorney General, Tax Division
CHRISTOPHER W. SANDERS
Trial Attorney, Tax Division, U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Christopher.W.Sanders@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant. | Case No. 13-cv-02789 WHO<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE FOR PRODUCTION OF DOCUMENTS AND PLAINTIFF'S DEADLINE TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS** |

1
STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE FOR PRODUCTION OF DOCUMENTS AND
PLAINTIFF'S DEADLINE TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS
Case No. 13-cv-02789-WHO

12545200.1

1    The parties, through their respective counsel of record, submit the following stipulation
2 and request that the Court issue an order as requested:
3    WHEREAS, on January 29, 2015, this Court granted the Motion for Summary Judgment
4 of Plaintiff Public.Resource.Org, denied the Motion for Summary Judgment of Defendant United
5 States Internal Revenue Service, and entered Judgment in favor of Plaintiff;
6    WHEREAS, the final decision on whether or not to appeal the Court's decision rests with
7 the Solicitor General's office;
8    WHEREAS, because of the novel nature of the issues in this matter, as well as the possible
9 effect the decision in this matter might have on other federal agencies, additional time is needed
10 before the Solicitor General's office will make a final determination as to whether to appeal the
11 decision in this matter;
12    WHEREAS, production of the documents at issue in this matter was previously ordered to
13 occur on or before March 30, 2015;
14    WHEREAS, the Defendant is concerned that production of the documents in question
15 would likely moot any appeal, thereby jeopardizing the Defendant's appeal rights should the
16 Solicitor General decide that an appeal is necessary;
17    WHEREAS, the parties agree that an extension of Defendant's deadline to produce
18 documents in this matter is appropriate so as to allow the Solicitor General's office the time it
19 needs to make a final decision regarding appeal; and
20    WHEREAS, Plaintiff intends to move to recover attorneys' fees and costs pursuant to 5
21 U.S.C. § 552(a)(4)(E);
22    WHEREAS, the Plaintiff's Fee Motion is currently due by April 15, 2015;
23    WHEREAS, the parties agree that a concurrent extension of Plaintiff's deadline to file a
24 Fee Motion will allow the parties to confer and consider attorneys' fees and costs issues that could
25 lead to narrowing issues to be presented in a future motion for fees and costs, or to eliminating the
26 need to file such a motion;
27    NOW THEREFORE, IT IS HEREBY STIPULATED THAT:
28

2
STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE FOR PRODUCTION OF DOCUMENTS AND
PLAINTIFF'S DEADLINE TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS
Case No. 13-cv-02789-WHO

12545200.1

1. Defendant's deadline to produce the documents at issue in this matter shall be extended until May 5, 2015.
2. Plaintiff's deadline to file a motion to recover attorneys' fees and costs shall be extended until May 5, 2015.

IT IS SO STIPULATED.

DATED this 27th day of March, 2015.

MELINDA HAAG
United States Attorney
CAROLINE D. CIRAOLO
Acting Assistant Attorney General, Tax Division
CHRISTOPHER W. SANDERS
Trial Attorney, Tax Division
By: /s/ Christopher W. Sanders
CHRISTOPHER W. SANDERS
Attorneys for Defendant United States Internal Revenue Service

DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke
THOMAS R. BURKE
Attorneys for Plaintiff Public.Resource.Org

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Christopher W. Sanders, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

/s/ Christopher W. Sanders
Christopher W. Sanders

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the foregoing is approved and IT IS SO ORDERED.

Date: March 30, 2015



United States District Court Judge

3
STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE FOR PRODUCTION OF DOCUMENTS AND PLAINTIFF'S DEADLINE TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS
Case No. 13-cv-02789-WHO

12545200.1