MELINDA HAAG
United States Attorney
CAROLINE D. CIRAOLO
Acting Assistant Attorney General, Tax Division
CHRISTOPHER W. SANDERS
Trial Attorney, Tax Division, U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Christopher.W.Sanders@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 13-cv-02789 WHO<br><br>**NOTICE OF APPEAL** |

The United States Internal Revenue Service appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court for the Northern District of California, which was entered in this case on January 29, 2015 (Docket # 63). Specifically, the United States appeals from the Court's January 29, 2015 order granting the Plaintiff's motion for summary judgment (Docket # 62) and the Court's June 20, 2014 order denying the United States' motion to dismiss (Docket # 42).

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

Plaintiff:          Public.Resource.Org, a California non-profit organization

Plaintiff's Counsel:     Thomas R. Burke
                        Davis Wright Tremaine LLP
                        505 Montgomery Street, Suite 800
                        San Francisco, California  94111
                        Phone: (415) 276-6500/Fax: (415) 276-6599
                        Email: thomasburke@dwt.com

Dan Laidman
Davis Wright Tremaine LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
Phone: (213) 633-6800/Fax: (213) 633-6899
Email: danlaidman@dwt.com

David Halperin
1530 P Street NW
Washington, DC  20005
Telephone:     (202) 905-3434
Email: davidhalperindc@gmail.com

Ronald G. London
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, D.C.  2006
Phone: (202) 973-4235/Fax: 202-973-4499
Email: ronnielondon@dwt.com

Defendant:       United States Internal Revenue Service

Defendant's Counsel: Melinda Haag
United States Attorney

Caroline D. Ciraolo
Acting Assistant Attorney General, Tax Division

Christopher W. Sanders
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Christopher.W.Sanders@usdoj.gov

DATED this 30th day of March, 2015.              Respectfully submitted,

MELINDA HAAG
United States Attorney

CAROLINE D. CIRAOLO
Acting Assistant Attorney General,
Tax Division

CHRISTOPHER W. SANDERS
Trial Attorney, Tax Division

2

By: /s/ Christopher W. Sanders
CHRISTOPHER W. SANDERS
Attorneys for Defendant United States
Internal Revenue Service

CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing Notice of Appeal on

Plaintiff's counsel via the Court's Electronic Case Filing System this 30th day of March, 2015.

/s/ Christopher W. Sanders
Christopher W. Sanders

NOTICE OF APPEAL
Case No. 13-cv-02789-WHO

12545247.1