THOMAS R. BURKE (CA State Bar No. 141930)
RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Phone: (415) 276-6500/Fax: (415) 276-6599
Email:     thomasburke@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Phone: (213) 633-6800/Fax: (213) 633-6899
Email:     danlaidman@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone:     (202) 905-3434
Email:         davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

MELINDA HAAG
United States Attorney
CAROLINE D. CIRAOLO
Acting Assistant Attorney General, Tax Division
CHRISTOPHER W. SANDERS
Trial Attorney, Tax Division, U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
Email: Christopher.W.Sanders@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization, | Case No. 13-cv-02789 WHO |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS** |
| v. | |
| UNITED STATES INTERNAL REVENUE SERVICE, | |
| Defendant. | |

1    The parties, through their respective counsel of record, submit the following stipulation

2  and request that the Court issue an order as requested:

3    WHEREAS, on January 29, 2015, this Court granted the Motion for Summary Judgment

4  of Plaintiff Public.Resource.Org, denied the Motion for Summary Judgment of Defendant United

5  States Internal Revenue Service, and entered Judgment in favor of Plaintiff;

6    WHEREAS, Plaintiff intends to move to recover attorneys' fees and costs pursuant to 5

7  U.S.C. § 552(a)(4)(E);

8    WHEREAS, the Plaintiff's Fee Motion is currently due by May 5, 2015;

9    WHEREAS, the parties agree that an extension of Plaintiff's deadline to file a Fee Motion

10  will allow the parties additional time to confer and consider attorneys' fees and costs issues that

11  could lead to narrowing issues to be presented in a future motion for fees and costs, or to

12  eliminating the need to file such a motion;

13    NOW THEREFORE, IT IS HEREBY STIPULATED THAT:

14    Plaintiff's deadline to file a motion to recover attorneys' fees and costs shall be

15    extended until June 5, 2015.

16    IT IS SO STIPULATED.

17  DATED this 22nd day of April, 2015.

18  MELINDA HAAG
    United States Attorney
19  CAROLINE D. CIRAOLO
    Acting Assistant Attorney General, Tax
20  Division
    CHRISTOPHER W. SANDERS
21  Trial Attorney, Tax Division
    By: /s/ Christopher W. Sanders
22  CHRISTOPHER W. SANDERS
    Attorneys for Defendant United States Internal
23  Revenue Service

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke
THOMAS R. BURKE
Attorneys for Plaintiff Public.Resource.Org

STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS
Case No. 13-cv-02789-WHO

12643314.1

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

I, Christopher W. Sanders, hereby attest that concurrences in the filing of this document

3

have been obtained from each of the signatories.

4

5

/s/ Christopher W. Sanders
Christopher W. Sanders

6

7

**ORDER**

8

Pursuant to the parties' stipulation, and good cause appearing, the foregoing is approved

9

and IT IS SO ORDERED.

10

11

12

Date:   April 23, 2015

13

United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS
Case No. 13-cv-02789-WHO

12643314.1