IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PUBLIC.RESOURCE.ORG,                    )
                                        )   Case No. 13-cv-02789-WHO
    Plaintiff,                          )
                                        )   **ORDER**
    v.                                  )
                                        )
UNITED STATES                           )
INTERNAL REVENUE SERVICE,               )
                                        )
    Defendant.                          )
_____)

    And now, this ___ day of _____, 2015, on consideration of Defendant's Motion for Stay Pending Apeal, it is ORDERED that the motion is GRANTED. The Court's Order requiring the Defendant to produce the records at issue in this case is STAYED pending the resolution of the appeal in this matter.  Should the appeal be dismissed or resolved in the plaintiff's favor, the defendant shall produce the records in question within seven (7) days of such resolution.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE