THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Email: ronnielondon@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone:    (213) 633-6800
Email:        danlaidman@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone:    (202) 905-3434
Email:        davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>        Defendant. | Case No. 13-cv-02789 WHO<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS**<br><br>**[Local Rule 6-3]**<br><br>[Declaration of Thomas R. Burke and [Proposed] Order concurrently submitted] |

      Pursuant to Local Rule 6-3, Plaintiff Public.Resource.Org ("Public.Resource") respectfully requests that this Court once again extend its deadline to file a motion to recover its attorneys' fees

1

PLAINTIFF'S MOTION FOR EXTENSION OF TIME
Case No. 13-cv-02789-WHO

and costs from the current deadline of June 5, 2015, until August 4, 2015. This extension is necessary because the parties require additional time to determine if they can resolve the fee issue informally without requiring motion practice.

This Court granted Public.Resource's Motion for Summary Judgment and entered Judgment in its favor on January 29, 2015. *See* Dkt. ## 62-63. Public.Resource's counsel promptly reached out to counsel for Defendant United States Internal Revenue Service ("IRS") that same day to inform the IRS that Public.Resource intended to move to recover its attorneys' fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E). *See* Declaration of Thomas R. Burke ¶ 3. Counsel for the IRS indicated that the government would consider an informal resolution of the fee issue, but that it did not yet have an answer. *Id.* Since that time, although Public.Resource's counsel have even provided the IRS with detailed information about its fees and costs in order to facilitate a resolution, the IRS has not stated its position regarding the fees request. *Id.* ¶ 6. As of May 28, 2015, the IRS has indicated that it is still considering agreeing to an informal resolution of Public.Resource's fee request, but it still does not yet have an answer. *Id.* ¶ 8.

This Court has previously granted four stipulations extending Public.Resource's deadline to file a fee motion, and the current deadline is June 5, 2015. *See* Dkt. ## 66, 68, 72, 79.[1] Public.Resource believes that in light of the IRS' position, a further extension of 60 days is required in order to determine if the fee issue can be resolved without Public.Resource having to file a motion. *See* Burke Decl. ¶ 9. However, the IRS' counsel has indicated that the individual whose approval is needed to stipulate to a further extension is unavailable until June 1, 2015. *Id.* ¶ 8. Because it is currently facing a June 5, 2015 deadline to file its fee motion, Public.Resource is unable to wait for the IRS to agree to another stipulation in order to seek an extension, and in an abundance of caution, it is bringing this Motion pursuant to Local Rule 6-3. *Id.* ¶ 9.

///

///

///

---

[1] The Court has also extended the IRS' deadline to produce the records at issue in this litigation, and the IRS has moved for a further stay of this deadline. *See* Dkt. ## 72, 80.

For all of these reasons, Public.Resource respectfully requests that the Court extend its deadline to file a motion to recover its attorneys' fees and costs from the current deadline of June 5, 2015, until August 4, 2015.

DATED this 28th day of March, 2015.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Thomas R. Burke
THOMAS R. BURKE
Attorneys for Plaintiff Public.Resource.Org

PLAINTIFF'S MOTION FOR EXTENSION OF TIME
Case No. 13-cv-02789-WHO