THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: thomasburke@dwt.com

RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Email: ronnielondon@dwt.com

DAVID HALPERIN (Pro Hac Vice)
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434
Email: davidhalperindc@gmail.com

DAN LAIDMAN (State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: danlaidman@dwt.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>　　　　　Defendant. | Case No. **3:13-CV-2789**<br>Assigned to the Hon. William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PUBLIC.RESOURCE.ORG'S MOTION FOR EXTENSION OF TIME TO MOVE TO RECOVER ATTORNEYS' FEES AND COSTS**<br><br>[Motion for Extension of Time to Move to Recover Attorneys' Fees and Costs and Declaration of Thomas R. Burke concurrently submitted] |

1

Having reviewed and considered the Motion of Plaintiff Public.Resource.Org ("Public.Resource") for an extension of time, and good cause appearing therefor, IT IS HEREBY ORDERED that Public.Resource's deadline to file a motion to recover attorneys' fees and costs is extended until August 4, 2015.

IT IS SO ORDERED.

DATED: _____

                                              Hon. William H. Orrick
                                              United States District Judge