1  MELINDA HAAG
United States Attorney
2  CAROLINE D. CIRAOLO
Acting Assistant Attorney General, Tax Division
3  CHRISTOPHER W. SANDERS
STEPHEN S. HO
4  Trial Attorneys, Tax Division, U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
5  Washington, D.C. 20044
Phone: (202) 616-1840/Fax: (202) 514-6866
6  Email: Christopher.W.Sanders@usdoj.gov

7  Attorneys for Defendant United States Internal Revenue Service

8  IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO DIVISION

10  PUBLIC.RESOURCE.ORG., a California non-      ) Case No. 13-cv-02789 WHO
profit organization,                          )
11                                             ) **NOTICE OF WITHDRAWAL OF**
        Plaintiff,                             ) **MOTION FOR STAY PENDING APPEAL**
12                                             )
        v.                                     )
13                                             )
UNITED STATES INTERNAL REVENUE                 )
14  SERVICE,                                   )
                                               )
15        Defendant.                           )

16      The United States Internal Revenue Service hereby advises the Court that it withdraws its

17  Motion for Stay Pending Appeal, currently scheduled for hearing on June 10, 2015, at 2:00 pm in

18  Courtroom 12, 19th floor, San Francisco. The Solicitor General's office has determined not to

19  proceed with the appeal in this matter, and the defendant has produced the nine redacted files in

20  the requested format to the plaintiff, rendering the Service's motion moot.

21  DATED this 8th day of June, 2015.          Respectfully submitted,

22

23                                             MELINDA HAAG
                                               United States Attorney
24
                                               CAROLINE D. CIRAOLO
25                                             Acting Assistant Attorney General,
                                               Tax Division
26
                                               CHRISTOPHER W. SANDERS
27                                             STEPHEN S. HO
                                               Trial Attorneys, Tax Division
28

1
NOTICE OF WITHDRAWAL OF MOTION TO STAY PENDING APPEAL
Case No. 13-cv-02789-WHO

12777505.1

1

2

3

By: /s/ Christopher W. Sanders
CHRISTOPHER W. SANDERS
Attorneys for Defendant United States
Internal Revenue Service

4

CERTIFICATE OF SERVICE

5

6

7

8

I certify that I served a true and correct copy of the foregoing Notice of Withdrawal of

Motion to Stay Pending Appeal on Plaintiff's counsel via the Court's Electronic Case Filing

System this 8th day of June, 2015.

9

/s/ Christopher W. Sanders
Christopher W. Sanders

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION TO STAY PENDING APPEAL
Case No. 13-cv-02789-WHO

12777505.1