

FILED

JUN 24 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, a California non-profit organization,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>        Defendant - Appellant. | No. 15-15607<br><br>D.C. No. 3:13-cv-02789-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellant's motion to voluntarily dismiss this appeal is granted.

Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

                       FOR THE COURT

                       By: Margaret A. Corrigan
                       Circuit Mediator

MAC/Mediation