**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 2, 2015

CASE NUMBER: **CV 13-02789 WHO**
CASE TITLE: **PUBLIC RESOURCE.ORG-v- US INTERNAL REVENUE SERVICE**
DATE MANDATE FILED: 07/02/15

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Alfred Amistoso
Case Systems Administrator

Distribution: CIVIL  -  Counsel of Record

CRIMINAL  -  Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16