
MELINDA HAAG
United States Attorney
CAROLINE D. CIRAOLO
Acting Assistant Attorney General, Tax Division
STEPHEN S. HO
Trial Attorney, Tax Division, U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-8994
Fax: (202) 514-6866
Email: Stephen.S.Ho@usdoj.gov

Attorneys for Defendant United States Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>          Defendant. | Case No. 13-cv-02789 WHO<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Please take notice that Stephen S. Ho, Trial Attorney, Tax Division, United States Department of Justice, appears as counsel for the defendant, United States Internal Revenue Service, in substitution for Christopher W. Sanders and Yonatan Gelblum. The United States Internal Revenue Service request that all notices given or required to be given and all papers served or required to be served in this case upon the defendant be given to and served upon the following:

>    Stephen S. Ho
>    Trial Attorney, Tax Division
>    U.S. Department of Justice
>    Post Office Box 227, Ben Franklin Station
>    Washington, D.C. 20044
>    Phone: (202) 616-8994
>    Fax: (202) 514-6866
>    Email: Stephen.S.Ho@usdoj.gov

//

| | |
|---|---|
| DATED: July 23, 2015 | Respectfully submitted, |
| | MELINDA HAAG<br>United States Attorney |
| | CAROLINE D. CIRAOLO<br>Acting Assistant Attorney General,<br>Tax Division |
| | STEPHEN S. HO<br>Trial Attorney, Tax Division |
| | By: /s/ Stephen S. Ho<br>Attorneys for Defendant United States<br>Internal Revenue Service |

CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing *Notice of Substitution of Counsel* on Plaintiff's counsel via the Court's Electronic Case Filing System this 23rd day of July, 2015.

/s/ Stephen S. Ho
Stephen S. Ho