# *EXHIBIT B*

| Cost Code | Date | Initials | Quantity | Amount | Description |
|---|---|---|---|---|---|
| WLR | 6/17/2013 | DWT | 1 | $ 128.08 | West Publishing (billed at cost) computerized legal research 06/17/13 per R. London |
| CE | 6/19/2013 | DWT | 168 | $ 25.20 | Photocopy charge per Huey Kwan |
| FFEE | 7/11/2013 | DWT | 1 | $ 545.00 | Filing fee - - SPECIALIZED LEGAL SERVICES - 6/18/13 USDC |
| ODS | 10/24/2013 | DWT | 1 | $ 18.00 | Outside delivery service - - APEX ATTORNEY SERVICES INC - 9/5/13 Pick up from LA County Law Library |
| LF | 11/20/2013 | DWT | 1 | $ 305.00 | Legal Fee - - CREDIT CARD - 10/1/13 Pro hac vice at USDC - T. Burke |
| ODS | 11/21/2013 | DWT | 1 | $ 45.00 | Outside delivery service - - SPECIALIZED LEGAL SERVICES - 10/1/13 Hon. William H. Orrick |
| ODS | 1/22/2014 | DWT | 1 | $ 14.10 | Outside delivery service - - FED EX ERS - 01/22/14 Delivery to Thomas Burke Information Not Supplied |
| LWLIB | 4/22/2014 | DWT | 1 | $ 1.60 | Law library services - - PACER SERVICE CENTER Pacer (Public Access To Court Records) 03/14 (LA) |
| LWLIB | 6/5/2014 | DWT | 1 | $ 1.60 | Law library services - - PACER SERVICE CENTER Pacer (Public Access to Public Records) 04/14 (SF) |
| ODS | 6/11/2014 | DWT | 1 | $ 10.50 | Outside delivery service - - FED EX ERS - 06/11/14 Delivery to William H Orrick Judge, Us Distict Court |
| LWLIB | 6/24/2014 | DWT | 1 | $ 1.60 | Law library services - - PACER SERVICE CENTER - - Public Access to Court Electronic Records |
| LWLIB | 6/24/2014 | DWT | 1 | $ 3.50 | Law library services - - PACER SERVICE CENTER Law library services - - PACER SERVICE CENTER - -- Public Access to Electronic Court Records |
| ODS | 7/2/2014 | DWT | 1 | $ 10.50 | Outside delivery service - - FED EX ERS - 07/02/14 Delivery to Hon William H Orrick U S Distrct Court Judge |
| LWLIB | 7/23/2014 | DWT | 1 | $ 3.00 | Law library services - - PACER SERVICE CENTER |
| LWLIB | 9/16/2014 | DWT | 1 | $ 4.30 | Law library services - - PACER SERVICE CENTER Pacer (Public Access To Court Records) 07/14 (LA) |
| ODS | 9/25/2014 | DWT | 1 | $ 10.45 | Outside delivery service - - FED EX ERS - 09/25/14 Delivery to Hon Claudia Wilken U S District Court Judge |

| Cost Code | Date | Initials | Quantity | Amount | Description |
|---|---|---|---|---|---|
| WLR | 9/26/2014 | DWT | 1 | $ 18.65 | West Publishing (billed at cost) computerized legal research 09/26/14 per K. Roth |
| ODS | 9/29/2014 | DWT | 1 | $ 10.45 | Outside delivery service - - FED EX ERS - 09/29/14 Delivery to Hon William H Orrick United States District Court J |
| LWLIB | 10/24/2014 | DWT | 1 | $ 5.30 | Law library services - - PACER SERVICE CENTER Pacer (Public Access To Court Records) 09/14 (LA) |
| LWLIB | 11/18/2014 | DWT | 1 | $ 1.40 | Law library services - - PACER SERVICE CENTER Pacer (Public Access To Court Records) 10/14 (LA) |
| LWLIB | 11/18/2014 | DWT | 1 | $ 1.20 | Law library services - - PACER SERVICE CENTER Pacer (Public Access To Court Records) 10/14 (SF) |
| ODS | 12/5/2014 | DWT | 1 | $ 10.17 | Outside delivery service - - FED EX ERS - 12/05/14 Delivery to Hon Wm H Orrick U S District Court Judge |
| ODS | 1/9/2015 | DWT | 1 | $ 39.84 | Outside delivery service - - FED EX ERS - 01/09/15 Delivery to Thomas Burke Information Not Supplied |
| LWLIB | 4/27/2015 | DWT | 1 | $ 2.40 | Law library services - - PACER SERVICE CENTER Pacer (Public Access To Court Records) 03/15 (LA) |
| ODS | 5/12/2015 | DWT | 1 | $ 10.61 | Outside delivery service - - FED EX ERS - 05/12/15 Delivery to Hon William H Orrick Us District Court Judge |
| ODS | 5/28/2015 | DWT | 1 | $ 10.61 | Outside delivery service - - FED EX ERS - 05/28/15 Delivery to William H Orrick U S District Court Judge |
| CRS | 6/1/2015 | DWT | 1 | $ 27.00 | Court reporting service - - ECHO REPORTING INC - 6/18/14 and 1/14/15 Transcript of Proceedings |
| WLR | 6/15/2015 | DWT | 1 | $ 6.20 | West Publishing (billed at cost) computerized legal research 06/15/15 per D. Laidman |
| LWLIB | 7/10/2015 | DWT | 1 | $ 1.20 | Law library services - - PACER SERVICE CENTER Pacer (Public Access To Court Records) 05/15 (LA) |
| | | Grand Total: | 196 | $ 1,272.46 | |