THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
Email:  thomasburke@dwt.com

RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Telephone:  (202) 973-4200
Email:  ronnielondon@dwt.com

DAN LAIDMAN (State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone:  (213) 633-6800
Facsimile:  (213) 633-6899
Email:  danlaidman@dwt.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, a California non-profit organization,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>  Defendant. | Case No. **3:13-CV-2789**<br>Assigned to the Hon. William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PUBLIC.RESOURCE.ORG'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: September 16, 2015<br>Time:  2:00 p.m.<br>Place:  Courtroom 2, 17th Floor |

1  The Motion for Attorneys' Fees and Costs filed by Plaintiff Public.Resource.Org, Inc.
2  ("Public.Resource.Org") came on regularly for hearing on September 16, 2015, at 2:00 p.m., in
3  Courtroom 2 of the above-entitled Court.  Having reviewed and considered the Motion and all
4  other papers submitted, and having heard the arguments of the parties, IT IS HEREBY
5  ORDERED that the Motion is GRANTED and that Defendant Internal Revenue Service, within
6  30 days of this date, shall pay to Public.Resource.Org the amount of $_____ in
7  attorneys' fees, which includes a 1.5 multiplier, and $1,272.46 in costs.

9  IT IS SO ORDERED.

11 DATED: _____

Hon. William H. Orrick
United States District Judge

DAVIS WRIGHT TREMAINE LLP

2
[PROPOSED] ORDER
DWT 27470453v1 0200593-000001