THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Email: ronnielondon@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DIANA PALACIOS (CA State Bar No. 290923)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA  90017-2566
Telephone:    (213) 633-6800
Email:        danlaidman@dwt.com
              dianapalacios@dwt.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>　　　　　Defendant. | Case No. 3:13-CV-02789-WHO<br><br>**NOTICE OF APPEARANCE OF DIANA PALACIOS AS CO-COUNSEL FOR PLAINTIFF PUBLIC.RESOURCE.ORG** |

1     TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE that DIANA PALACIOS hereby appears in the above-entitled

3 action as co-counsel for Plaintiff PUBLIC.RESOURCE.ORG and requests that all further papers,

4 pleadings, filings, and electronic filings, except original process, be served upon this attorney at

5 the address and email address above stated.

7 DATED this 19th day of August, 2015.

    Respectfully submitted,

    DAVIS WRIGHT TREMAINE LLP

    By: /s/ Diana Palacios
        Diana Palacios
        Attorneys for Plaintiff Public.Resource.Org

DAVIS WRIGHT TREMAINE LLP