THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

RONALD G. LONDON (Pro Hac Vice)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Email: ronnielondon@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DIANA PALACIOS (CA State Bar No. 290923)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone:    (213) 633-6800
Email:        danlaidman@dwt.com
              dianapalacios@dwt.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG, a California non-profit organization,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>  Defendant. | Case No. 13-cv-02789 WHO<br><br>**SUPPLEMENTAL DECLARATION OF THOMAS R. BURKE IN SUPPORT OF PLAINTIFF PUBLIC.RESOURCE.ORG'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, Thomas R. Burke, state:

1. I am an attorney admitted to practice before all the courts in the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP and am one of the attorneys representing Plaintiff Public.Resource.Org ("Public.Resource.Org") in this matter. The matters stated herein are true of my own personal knowledge and could competently testify them if called as a witness. I make this declaration in support of Public.Resource.Org Motion for Attorney's' Fees and Costs.

2. I estimated in my original declaration, filed on July 29, 2015, that Public.Resource.Org would incur between $15,000 and $25,000 in additional "fees on fees" attorneys' fees and I stated that I would supplement that information when Public.Resource.Org filed its Reply. Attached as Exhibit C is a true and correct copy of the time entries billed by DWT in connection with its Motion for Attorneys' Fees and Reply for which Public.Resource.Org now seeks reimbursement as "fees on fees."

3. As reflected in Exhibit C, four DWT attorneys worked on the Motion for Attorneys' Fees and Reply: Thomas R. Burke, Ronald L. London, Daniel A. Laidman, and Diana Palacios. They billed a total of 58.7 hours and incurred more than $24,787.50 in fees. This total also includes 5 hours which I am informed and believe will be necessary for Ms. Palacios to prepare and attend the hearing on the Motion for Attorneys' Fees. I have eliminated or reduced time associated with various tasks, including time spent reviewing and revising briefs. I also eliminated time spent by Ms. Palacios familiarizing herself with the case.

4. In my original declaration I described the relevant experience and background for Mr. London, Mr. Laidman, and myself. Ms. Palacios joined the team to help draft the Motion for Attorneys' Fees and Reply. Ms. Palacios is an associate in the firm's Los Angeles office. Ms. Palacios is a 2012 graduate of the UCI School of Law and is involved in media and public records litigation at DWT. Ms. Palacios' biography is available at http://www.dwt.com/people/dianapalacios/. Her billing rate is $ 335 for 2015, which is comfortably within the market rates charged by other law firms for associates.

DAVIS WRIGHT TREMAINE LLP

1

SUPPLEMENTAL DECLARATION OF THOMAS R. BURKE ISO MOTION FOR ATTORNEY'S FEES AND COSTS
Case No. 13-cv-02789-WHO

5. Accordingly, Public.Resource.Org has incurred $244,322.50 in fees in connection with this action.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed this 19th day of August, 2015, in Albany, California.

          /s/ Thomas R. Burke
          THOMAS R. BURKE