# EXHIBIT C

Case3:13-cv-02789-WHO Document94-2 Filed08/19/15 Page1 of 4

**2015**

| Initials | Timekeeper | Rate | Hours | Fees |
|---|---|---|---|---|
| BURKT | Thomas Burke | 645 | 15.7 | $10,126.50 |
| LAIDD | Dan Laidman | 395 | 1.2 | $474.00 |
| LONRO | Ronald G. London | 565 | 0.8 | $452.00 |
| PALAD | Diana Palacios | 335 | 41 | $13,735.00 |
| | FEE MOTION TOTAL : | | 58.7 | $24,787.50 |

0200593-000001  PUBLIC.RESOURCE.ORG - PRO BONO:  Public.Resource v. IRS (Billable Pro Bono)

| Date | Initials | Name | Rates | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 7/7/2015 | BURKT | Thomas Burke | $ 645.00 | 0.6 | $ 387.00 | Conference with R. London regarding strategy regarding fees motion in light of the IRS' unwillingness to discuss fees; coordinate associate support and outline issues for same |
| 7/14/2015 | BURKT | Thomas Burke | $ 645.00 | 2.9 | $ 1,870.50 | Organize materials and coordinate preparations for motion for attorneys' fees and costs with D. Laidman and D. Palacios (2.20); exchange of communications with Ms. Alexander and Mr. Olson for supporting fees declarations (.70) |
| 7/14/2015 | LAIDD | Dan Laidman | $ 395.00 | 1.2 | $ 474.00 | Analyze case materials for preparation of Fee Motion and communicate with D. Palacios regarding case background and materials |
| 7/16/2015 | BURKT | Thomas Burke | $ 645.00 | 1.7 | $ 1,096.50 | Review and coordinate update and further edits to spreadsheet of fees and costs to support DWT's fees motion |
| 7/17/2015 | BURKT | Thomas Burke | $ 645.00 | 5.7 | $ 3,676.50 | Further work to prepare PR.Org's fees motion including updating of fees spreadsheet, drafting of Burke and Olson declarations in support of PR.Org's fees motion |
| 7/21/2015 | PALAD | Diana Palacios | $ 335.00 | 3.8 | $ 1,273.00 | Research recent cases awarding fees under FOIA (1.7); draft motion to recover fees (2.1) |
| 7/22/2015 | PALAD | Diana Palacios | $ 335.00 | 4.5 | $ 1,507.50 | Draft motion to recover fees under FOIA |
| 7/23/2015 | PALAD | Diana Palacios | $ 335.00 | 5.4 | $ 1,809.00 | Research cases allowing fee multipliers under FOIA (2.5); draft fee motion (2.9) |
| 7/24/2015 | PALAD | Diana Palacios | $ 335.00 | 3.2 | $ 1,072.00 | Draft and revise fee motion |
| 7/27/2015 | PALAD | Diana Palacios | $ 335.00 | 0.7 | $ 234.50 | Revise fee motion based on T. Burke's comments |
| 7/27/2015 | LONRO | Ronald G. London | $ 565.00 | 0.8 | $ 452.00 | Review and propose revisions to fee petition |
| 7/28/2015 | PALAD | Diana Palacios | $ 335.00 | 0.8 | $ 268.00 | Revise time sheet in support of motion to recover fees (.5); draft proposed order (.3) |
| 7/28/2015 | BURKT | Thomas Burke | $ 645.00 | 1.2 | $ 774.00 | Review and finalize PR.Org's motion for attorneys' fees and provide guidance to D. Palacios regarding same |
| 7/29/2015 | PALAD | Diana Palacios | $ 335.00 | 0.6 | $ 201.00 | Communicate with the court regarding hearing dates (.1); review and finalize fee motion for filing (.5) |
| 7/13/2015 | BURKT | Thomas Burke | $ 645.00 | 0.9 | $ 580.50 | Review IRS' opposition to PR.Org's attorneys' fees motion and provide guidance for Reply themes |

| Date | Initials | Name | Rates | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 8/15/2015 | PALAD | Diana Palacios | $ 335.00 | 6.1 | $ 2,043.50 | Review opposition to fee motion and cases cited therein (1.2); research argument for reply (3.5); draft reply (1.4) |
| 8/16/2015 | PALAD | Diana Palacios | $ 335.00 | 5.7 | $ 1,909.50 | Research arguments for reply (2.3); draft reply (3.4) |
| 8/17/2015 | PALAD | Diana Palacios | $ 335.00 | 3.8 | $ 1,273.00 | Revise reply and review billing statements |
| 8/18/2015 | PALAD | Diana Palacios | $ 335.00 | 1.4 | $ 469.00 | Draft supplemental declaration (.4); revise reply based on comments (1) |
| 8/18/2015 | BURKT | Thomas Burke | $ 645.00 | 2.7 | $ 1,741.50 | Review and revise draft Reply and update fees information for supplemental Burke declaration |
| 9/15/2015 | PALAD | Diana Palacios | $ 335.00 | 5 | $ 1,675.00 | Estimated time for preparing and attending hearing on Motion for Attorneys' Fees |
| | | GRAND TOTAL | | 58.7 | $ 24,787.50 | |