MELINDA L. HAAG
United States Attorney
CAROLINE D. CIRAOLO
Acting Assistant Attorney General
STEPHEN S. HO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Phone: (202) 616-8994
Fax: (202) 514-6866
Email: Stephen.S.Ho@usdoj.gov

Attorneys for Defendant United States
Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>　　　　　Defendant. | Case No. 13-cv-02789-WHO<br><br>**DECLARATION OF STEPHEN S. HO** |

I, Stephen S. Ho, declare:

1.　　I am a trial attorney with the Tax Division of the United States Department of Justice in Washington, D.C.

2.　　In that position, I am responsible for representing the interests of the United States in the above-captioned action.

3.　　I am writing this declaration from my own personal knowledge and in support of Defendant's Administrative Motion for Leave to File Sur-Reply.

4. On August 25, 2015, I contacted counsel for Plaintiff Public.Resource.Org to inquire whether Plaintiff would stipulate or consent to Defendant's filing of a sur-reply regarding its request for fees on fees. Counsel responded that Plaintiff would not so stipulate or consent.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2015 in Washington, D.C.

/s/ Stephen S. Ho
STEPHEN S. HO