IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No. 13-cv-02789-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY** |

1  Upon consideration of Defendant's Administrative Motion for Leave to File Sur-Reply,
2  any responses thereto, and for good cause shown, it is hereby ORDERED that the motion is
3  GRANTED and that the sur-reply attached as Exhibit A to the motion be accepted by the Court
4  for filing.
5  IT IS SO ORDERED.

7  Dated: _____

                                                  _____
                                                  Honorable William H. Orrick
                                                  United States District Judge