THOMAS R. BURKE (CA State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        thomasburke@dwt.com

RONALD G. LONDON (*Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Email: ronnielondon@dwt.com

DAN LAIDMAN (CA State Bar No. 274482)
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Telephone:    (213) 633-6800
Email:        danlaidman@dwt.com

DAVID HALPERIN (*Pro Hac Vice*)
1530 P Street NW
Washington, DC 20005
Telephone:    (202) 905-3434
Email:        davidhalperindc@gmail.com

Attorneys for Plaintiff Public.Resource.Org

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PUBLIC.RESOURCE.ORG., a California non-profit organization,<br><br>                              Plaintiff,<br><br>        vs.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>                              Defendant. | Case No. 3:13-cv-02789-WHO<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |

Plaintiff Public.Resource.Org, through counsel of record, hereby acknowledges that Defendant United States Internal Revenue Service has fully satisfied the judgment entered against it in the above referenced matter.

DATED: July 27, 2018              DAVIS WRIGHT TREMAINE LLP

By: _____*/s/ Thomas R. Burke*_____
THOMAS R. BURKE
Attorneys for Plaintiff Public.Resource.Org

DAVIS WRIGHT TREMAINE LLP

1

Case No. 3:13-cv-02789-WHO
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT